UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS **03   12282 MLW**

CIVIL ACTION NO.

KENNETH R. MERCER and
CYNTHIA MERCER,
    Plaintiffs

vs.

RYDER TRUCK RENTAL, INC. and
WALTCO TRUCKING
EQUIPMENT COMPANY,
    Defendants

MAGISTRATE JUDGE Bowler

NOTICE OF REMOVAL

AMOUNT $ 60    5/17/64
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. T.O.M
11/17/03

TO:    Civil Clerk's Office, United States District Court
        District of Massachusetts, U.S. Courthouse
        Boston, Massachusetts 02110;

        Superior Court Clerk, Superior Court Department of the Trial Court
        Suffolk County Court House, 90 Devonshire Street, Boston, Massachusetts 02109

        Brian C. Dever, Esq., 122 Dean Street
        Taunton, Massachusetts 02780

Defendant Waltco Truck Equipment Company ("Waltco"), by its undersigned attorneys,

and pursuant to 28 U.S.C. § 1446, gives notice that it hereby removes the above-captioned case

presently pending in the Superior Court Department of the Trial Court of Suffolk County,

Commonwealth of Massachusetts, which bears Civil Action Number 03-03910, to the United

States District Court for the District of Massachusetts.

On November 11, 2003 counsel for Waltco telephoned Defendant Ryder Truck Rental,

Inc. ("Ryder") and spoke with Mr. Steven G. Opp, the Claims Analyst at Ryder to whom the

above-captioned case was referred. Mr. Opp gave Waltco's counsel Ryder's authorization to

~BOST1:288905.v1

remove this case to the United States District Court for the District of Massachusetts. All

Defendants in this action therefore concur in removal of this case.

Removal is authorized by 28 U.S.C. § 1441 and is based upon the United States District

Court's original jurisdiction over the case pursuant to 28 U.S.C. § 1332, because it is a civil

action where the parties are citizens of different states and the amount in controversy exceeds

$75,000 exclusive of interest and costs. In support of this Notice, Waltco states:

A.    Background

1.    This case was commenced by the filing of a complaint in the Superior Court

Department of the Trial Court for the Commonwealth of Massachusetts in and for the County of

Suffolk on or about August 14, 2003. Certified copies of the pleadings and docket sheet in this

action are attached to this Notice as Exhibit 1.

2.    Waltco was served with the Summons and Complaint on October 27, 2003.

Ryder was served with the Summons and Complaint on October 27, 2003. The time within

which the Defendants are required to remove this action to the United States District Court for

the District of Massachusetts, pursuant to 28 U.S.C. § 1446, has not expired.

3.    The Plaintiffs' Complaint purports to assert claims for negligence against Waltco

(Count I), breach of warranty against Waltco (Count III), negligence against Ryder (Count V),

breach of warranty against Ryder (Count VII), and loss of consortium and society (Counts II, IV,

VI, VIII).

B.    Diversity of Citizenship

4.    Defendant Waltco is a corporation organized under the laws of California with a

principal place of business at 285 Northeast Avenue, Tallmadge, Ohio 44278. Waltco is not a

citizen of Massachusetts and does not have a place of business in this state.

~BOST1:288905.v1

5.     Defendant Ryder is a corporation organized under the laws of Florida with a

principal place of business at 3600 N.W. 82 Avenue, Miami, Florida 33166. Ryder is not a

citizen of Massachusetts.

6.     The Plaintiffs, Kenneth and Cynthia Mercer, are residents and citizens of

Harrisville, Rhode Island. (Compl. ¶¶ 1-2.)

7.     There is complete diversity of citizenship between the Plaintiffs and the

Defendants in this action.

C.     Jurisdictional Amount

8.     Although the Complaint does not specify the amount of damages sought by the

Plaintiffs in this case, the Civil Action Cover Sheet filed in Suffolk County Superior Court states

that Plaintiffs claim a total of $170,785.37 in alleged damages.

9.     Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal will be filed with

the Clerk of the Superior Court, Department of the Trial Court, in and for the County of Suffolk,

and a copy of this Notice of Removal will be served upon counsel for the Plaintiffs.

WALTCO TRUCK EQUIPMENT COMPANY
By its Attorneys,

Steven J. Buttacavoli (BBO# 651440)

PIPER RUDNICK LLP
One International Place,
21st Floor
Boston, MA 02110
617-406-6000

Dated: November 17, 2003