UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
    Plaintiffs,

v.                              C.A. NO. 1:03-CV-12282MLW

RYDER TRUCK RENTAL, INC.,
and WALTCO TRUCKING
EQUIPMENT COMPANY,
    Defendants.

## ANSWER AND JURY CLAIM OF RYDER TRUCK RENTAL, INC.

1. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
2. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
3. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
4. The Defendant admits the allegations contained in this Paragraph.
5. The Defendant admits that it transacts business and contracts to supply services and things in the Commonwealth of Massachusetts. The Defendant is without information sufficient to admit or deny that the plaintiff's injuries arise out of such transactions or contracts. The Defendant denies the remaining allegations contained in this Paragraph.
6. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
7. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
8. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT I

9. The Defendant repeats and reavers its responses to Paragraphs 1 through 8 as if specifically set forth herein.
10. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
11. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
12. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

13. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
14. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
15. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT II

16. The Defendant repeats and reavers its responses to Paragraphs 1 through 15 as if specifically set forth herein.
17. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT III

18. The Defendant repeats and reavers its responses to Paragraphs 1 through 17 as if specifically set forth herein.
19. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
20. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
21. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
22. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
23. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
24. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT IV

25. The Defendant repeats and reavers its responses to Paragraphs 1 through 24 as if specifically set forth herein.
26. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT V

27. The Defendant repeats and reavers its responses to Paragraphs 1 through 26 as if specifically set forth herein.
28. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
29. The Defendant denies the allegations contained in this Paragraph.
30. The Defendant denies the allegations contained in this Paragraph.

31. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
32. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiffs take nothing and the Defendant be awarded its costs and attorney's fees.

## COUNT VI

33. The Defendant repeats and reavers its responses to Paragraphs 1 through 32 as if specifically set forth herein.
34. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiffs take nothing and the Defendant be awarded its costs and attorney's fees.

## COUNT VII

35. The Defendant repeats and reavers its responses to Paragraphs 1 through 34 as if specifically set forth herein.
36. The Defendant denies the allegations contained in this Paragraph.
37. The Defendant denies the allegations contained in this Paragraph.
38. The Defendant denies the allegations contained in this Paragraph.
39. The Defendant denies the allegations contained in this Paragraph.
40. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.
41. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiffs take nothing and the Defendant be awarded its costs and attorney's fees.

## COUNT VIII

42. The Defendant repeats and reavers its responses to Paragraphs 1 through 34 as if specifically set forth herein.
43. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiffs take nothing and the Defendant be awarded its costs and attorney's fees.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
And answering further, the Defendant states that the Complaint fails to state a claim upon which relief can be granted and should be dismissed.

### Second Affirmative Defense
And answering further, the Defendant states that the Complaint is barred by the statute of limitations.

### Third Affirmative Defense
And answering further, the Defendant states that if the Plaintiff, Kenneth R. Mercer, was negligent and such negligence bars or reduces his recovery under Massachusetts law.

### Fourth Affirmative Defense
And answering further, the Defendant states that the Plaintiffs' damages if any were caused by a person for whose conduct the Defendant is not responsible.

## JURY CLAIM

The Defendant demands a trial by jury as to all allegations set forth in the Complaint, this Answer and any further responsive pleadings.

The Defendant,
Ryder Truck Rental, Inc.,
By its Attorneys,

Scott J. Tucker – BBO 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

<u>CERTIFICATE OF SERVICE</u>

I, Scott J. Tucker, hereby certify that on November 25, 2003 by first class mail, postage prepaid, I served a copy of the following pleading:

ANSWER AND JURY CLAIM OF RYDER TRUCK RENTAL, INC.

upon the following counsel of record:

>Brian C. Dever, Esquire
>Keches & Mallen
>122 Dean Street
>Taunton, MA 02780
>
>Steven J. Buttacavoli, Esquire
>PIPER RUDNICK LLP
>One International Place
>21st Floor
>Boston, MA 02110

_____
Scott J. Tucker