UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 10  A 10: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

KENNETH R. MERCER and
CYNTHIA MERCER,
    Plaintiffs

vs.

RYDER TRUCK RENTAL, INC. and
WALTCO TRUCKING
EQUIPMENT COMPANY,
    Defendants

CIVIL ACTION NO. 1:03-CV-12282 MLW

## ANSWER OF WALTCO TRUCK EQUIPMENT COMPANY

Waltco Truck Equipment Company ("Waltco"), misnamed in the Complaint as Waltco Trucking Equipment Company, answers plaintiff Kenneth R. Mercer and Cynthia Mercer's Complaint as follows:

    1.    Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 1 of the Complaint.

    2.    Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 2 of the Complaint.

    3.    Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of the Complaint.

    4.    Admitted.

    5.    Paragraph 5 of the Complaint states conclusions of law to which no response is required.

- 2 -

6. Admitted.

7. Paragraph 7 of the Complaint states conclusions of law to which no response is required.

8. Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 8 of the Complaint.

## COUNT I

9. Waltco restates and reincorporates paragraphs 1 through 8 of its answers to the Complaint as if fully set forth herein.

10. Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 10 of the Complaint.

11. Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 11 of the Complaint.

12. Denied.

13. Denied.

14. Denied.

15. Waltco is without knowledge or information sufficient to form a belief as to the allegations in paragraph 15 of the Complaint.

## COUNT II

16. Waltco restates and reincorporates paragraphs 1 through 15 of its answers to the Complaint as if fully set forth herein.

17. Denied.

## COUNT III

18. Waltco restates and reincorporates paragraphs 1 through 17 of its answers to the Complaint as if fully set forth herein.

19. Waltco lacks information sufficient to enable it to admit or deny the allegations in paragraph 19 of the Complaint. Further answering, Paragraph 19 states conclusions of law with respect to implied warranties to which no response is required.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Waltco lacks information sufficient to enable it to admit or deny the allegations in paragraph 24 of the Complaint.

## COUNT IV

25. Waltco restates and reincorporates paragraphs 1 through 24 of its answers to the Complaint as if fully set forth herein.

26. Denied.

## COUNTS V, VI, VII, & VIII

27-43. Counts V, VI, VII, and VIII are directed only against Ryder Truck Rental, Inc., so no response by Waltco is required.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations because .

## THIRD DEFENSE

Plaintiffs' claims are barred by the doctrines of waiver and estoppel.

## FOURTH DEFENSE

Plaintiffs' claims are barred by the doctrine of laches.

## FIFTH DEFENSE

Plaintiffs' claims are barred by the doctrine of unclean hands.

## SIXTH DEFENSE

Plaintiffs' claims are barred because the plaintiffs' injuries and damages, if any, result from the conduct of another person or entity for which Waltco is not responsible, and no action of Waltco was the proximate cause of the alleged damages.

## SEVENTH DEFENSE

Plaintiffs' claims are barred because the plaintiffs' alleged injuries and damages were not caused by Waltco.

## EIGHTH DEFENSE

Plaintiffs' claims are barred by the plaintiff Kenneth Mercer's conduct.

## NINTH DEFENSE

Plaintiffs' claims are barred because the plaintiffs' alleged injuries and damages were caused by plaintiff Kenneth Mercer's own negligence, which was greater than any negligence of Waltco.

## TENTH DEFENSE

Plaintiffs' claims are barred to the extent that the plaintiffs' alleged injuries were caused by any pre-existing injuries, diseases, illnesses, physical defects, or medical conditions of the plaintiffs.

## PRAYER FOR RELIEF

WHEREFORE, Waltco prays that the court grant it the following relief:

1. Judgment in favor of Waltco on all claims asserted against it, with prejudice;

2. Attorney's fees and costs; and

3. Any other relief that the Court deems just and proper

WALTCO TRUCK EQUIPMENT
COMPANY, INC.

By its attorneys,

*/s/ Steven J. Buttacavoli*

Steven J. Buttacavoli (BBO # 651440)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, MA 02110
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)

Dated: December 9, 2003

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/9/03