```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


KENNETH MERCER et al,            )
     Plaintiff,                  )
                                 )
     v.                          )   C.A. No. 03-12282-MLW
                                 )
RYDER TRUCK RENTAL et al,        )
et al                            )
     Defendants                  )
```

ORDER

WOLF, D.J.                                          April 6, 2004

    The parties in this case were issued the attached Order, asking whether they would consent to reassignment of this case for all purposes to Chief Magistrate Judge Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this cases is hereby REASSIGNED to Chief Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```