# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

KENNETH MERCER, ET AL,

    Plaintiffs,

  v.

RYDER TRUCK RENTAL,
INC., ET AL,

    Defendant.

CA. NO. 03-12282-MBB

## *NOTICE*

April 23, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:45 a.m., Thursday, May 6, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
  **MARIANNE B. BOWLER**
  Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
***PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**