## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
      Plaintiffs,

v.
                                                    C.A. NO. 1:03-CV-12282MBB

RYDER TRUCK RENTAL, INC.,
and WALTCO TRUCKING
EQUIPMENT COMPANY,
      Defendants.

### DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE PURSUANT TO LOCAL RULE 7.3

      Pursuant to Local Rule 7.3, the Defendant, Ryder Truck Rental, Inc., hereby discloses that it is a wholly-owned subsidiary of Ryder System, Inc., a publicly traded corporation.  Ryder System, Inc. owns more than 10% of Ryder Truck Rental, Inc.

                       The Defendant,
                       Ryder Truck Rental, Inc.
                       By its Attorneys,

                       Scott J. Tucker – BBO 503940
                       Tucker, Heifetz & Saltzman, LLP
                       Three School Street
                       Boston, MA 02108
                       (617) 557-9696

## CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on May 4, 2004 by first class mail, postage prepaid, I served a copy of the following pleading:

DEFENDANT, RYDER TRUCK RENTAL, INC.'S, DISCLOSURE PURSUANT TO LOCAL RULE 7.3

upon the following counsel of record:

Brian C. Dever, Esquire
Keches & Mallen
122 Dean Street
Taunton, MA 02780

Steven J. Buttacavoli, Esquire
PIPER RUDNICK LLP
One International Place
21st Floor
Boston, MA 02110

_____
Scott J. Tucker