UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
    Plaintiffs,

v.                                                C.A. NO. 1:03-CV-12282MBB

RYDER TRUCK RENTAL, INC.,
and WALTCO TRUCKING
EQUIPMENT COMPANY,
    Defendants.

### CERTIFICATION

In accordance with Local Rule 16.1(D)(3)(a) and (b), Defendant Ryder Truck Rental, Inc., hereby certifies that they have discussed with their counsel (1) a budget for the costs of conducting the full course of the litigation, and various alternatives and (2) resolution of the litigation through the use of alternative dispute resolution, including those methods outlined in Local Rule 16.4.

_____
Scott J. Tucker- Attorney for
Ryder Truck Rental, Inc.

_____
Mr. Ron Robidoux
Supervisor
Ryder Truck Rental, Inc.

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
Scott Tucker 5-5-04