UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and<br>CYNTHIA MERCER<br>   Plaintiffs,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC.<br> and<br>WALTCO TRUCKING<br>EQUIPMENT COMPANY<br>   Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NUMBER: 1:03-CV-12282 MBB<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

Brian Dever, counsel for the Plaintiffs, hereby certifies that he has conferred with the Plaintiffs with regard to this claim:

1. With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*Kenneth R. Mercer*
Kenneth Mercer

*Cynthia Q. Mercer*
Cynthia Mercer

_____
Brian C. Dever

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and CYNTHIA MERCER | ) ) ) |
| v. | ) CIVIL ACTION NO: 03-12282-MLW ) |
| RYDER TRUCK RENTAL, INC. and WALTCO TRUCKING EQUIPMENT COMPANY | ) ) ) ) |

### CERTIFICATE OF SERVICE

I, Brian C. Dever, Esquire, of the law firm of Keches & Mallen, P.C., attorney for the plaintiffs in this action, hereby certify that on the 11th day of May, 2004, I served a copy of the foregoing CERTIFICATION by mailing, first class, postage prepaid, to all counsel of records, as follows:

Scott J. Tucker
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Steven J. Buttacavoli, Esq.
Piper Rudnick, LLP
One International Place, 21st Floor
Boston, MA 02110-2600

_____
Brian C. Dever, Esq.-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
Tel. No: (508) 822-2000