UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 A II: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

KENNETH R. MERCER and )
CYNTHIA MERCER )
      PLAINTIFFS )
v. ) Civil Action No.: 03-CV-12282MLW
)
RYDER TRUCK RENTAL, INC., )
and WALTCO TRUCK )
EQUIPMENT COMPANY )
      DEFENDANTS )
)

## NOTICE OF APPEARANCE

Please notice the appearance of Dennis L. Galvin and Gerry D'Ambrosio as attorneys for the defendant, *Ryder Truck Rental Inc.*, in the above-captioned action.

Respectfully submitted,
Ryder Truck Rental, Inc.
By its Attorneys,

Gerry D'Ambrosio, BBO #564199
Dennis L. Galvin, BBO #652039
Tentindo, Kendall, Canniff & Keefe, LLP
C-3 Shipway Place
Boston, MA 02129
T: (781) 284-5657
F: (781) 284-4967

DATED: May 28, 2004

# TENTINDO, KENDALL, CANNIFF & KEEFE, LLP

COUNSELORS AT LAW
C3 Shipway Place
Boston, Massachusetts 02129
Telephone: (617) 242-9600
Facsimile: (617) 242-0800

FILED
IN CLERKS OFFICE

2004 JUN -2 A II: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECT DIAL: (781) 234-8600

May 28, 2004

United States District Court
Attn: Civil Clerks Office
1 Courthouse Way
Boston, MA 02210

    Re:    **Kenneth R. Mercer, et al. v. Ryder Truck Rental, Inc., et al.**
            **United States District Court. Civil Action No. 03-CV-12282MLW**

Dear Sir/Madam:

    Enclosed for filing in the above-referenced action, please find the Notice of Appearance.

    Kindly docket and file same. Thank you for your attention to this matter.

                              Very truly yours,

                              Dennis L. Galvin

Enclosure

cc:    Robert A. Ditusa, Esq.
       Keches & Mallen, P.C.
       122 Dean Street
       Taunton, MA 02780