### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
     Plaintiffs,

v.                           C.A. NO. 1:03-CV-12282MBB

RYDER TRUCK RENTAL, INC.,
and WALTCO TRUCKING
EQUIPMENT COMPANY,
     Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

     Please enter our withdrawal of appearance on behalf of Ryder Truck Rental, Inc., Esquire relative to the above-captioned case.

                      The Defendant,
                      Ryder Truck Rental, Inc.
                      By its Attorneys,

                      Scott J. Tucker – BBO 503940
                      Tucker, Heifetz & Saltzman, LLP
                      Three School Street
                      Boston, MA 02108
                      (617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
6-14-04 – Scott J. Tucker