UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and<br>CYNTHIA MERCER,<br><br>    Plaintiffs,<br><br>v.<br><br>RYDER TRUCK RENTAL, INC. and<br>WALTCO TRUCKING<br>EQUIPMENT COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 1:03-CV-12282 MBB |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

On behalf of all parties in the above-captioned matter, defendant Waltco Truck Equipment Co. ("Waltco") hereby moves that the court continue the Status Conference that is presently scheduled for Wednesday, October 19, 2004 until November 22, 2004 at 2:30 p.m.

/s/ Steven J. Buttacavoli

Steven J. Buttacavoli (BBO# 651440)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, MA 02110
Telephone: 617-406-6000
Fax: 617-406-6100

Dated: October 14, 2004

## LOCAL RULE 7.1 CERTIFICATE

I, Steven J. Buttacavoli hereby certify that I have conferred with counsel for all parties in this action, each of whom assent to the filing of this motion.

/s/ Steven J. Buttacavoli

~BOST1:310650.v1
29771-373

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 10/14/04