AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

Kenneth Mercer and
Cynthia Mercer

v.

Ryder Truck Rental, Inc.
and
Wolfra Trucking Equipment Co.

**APPEARANCE**

CASE NUMBER: 1:03-CV-12282-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kenneth & Cynthia Mercer

I certify that I am admitted to practice in this court.

BBO# 631435

Date: 11/22/04

Signature

Print Name: Claudine A. Clarke

Bar Number: 631435

Address: 122 Dean Street

City: Taunton   State: MA   Zip Code: 02723

Phone Number: 508-822-2000   Fax Number: 508-822-8032

This form was electronically produced by Elite Federal Forms, Inc.