UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER, and<br>CYNTHIA MERCER<br>Plaintiffs,<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., and<br>WALTCO TRUCKING EQUIPMENT COMPANY<br>Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   1:03-CV-12282 MBB<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, WALTCO Trucking Equipment Company, in the above-entitled action.

Respectfully submitted,
Defendant, WALTCO Trucking Equipment Company
By Their Attorney,

_____
Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110
(617) 737-8300

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon Steven J. Buttacavoli, Piper Rudnick LLP, One International Place, 21st Floor, Boston, Massachusetts by first class mail, postage prepaid this ___2/7___ Day of _____, 2005.

_____
Paul E. Mitchell