UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER, and<br>CYNTHIA MERCER<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., and<br>WALTCO TRUCKING EQUIPMENT COMPANY<br>　　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   1:03-CV-12282 MBB<br>)<br>)<br>)<br>) |

*FILED IN CLERKS OFFICE*
*2005 MAR 29  A 11: 56*

## MOTION TO EXTEND THE DISCOVERY DEADLINE (Assented To)

Now comes the parties to the above matter, and move this Court to extend the Discovery Deadline as outlined below. In support of this motion, the parties states as follows:

1. The plaintiffs have filed this Complaint for personal injuries and loss of consortium secondary to the defendants', WALTCO Trucking Equipment Company and Ryder Truck Rental, Inc.'s alleged breach of warranty and negligent manufacture, design, sale and distribution and maintenance of a hydraulic lift gate platform. The defendants deny that they are liable.

2. Discovery efforts are continuing in an attempt to depose the witnesses and parties to this matter. However, all depositions were postponed due to a change in counsel made by defendant, WALTCO Trucking Equipment Company.

3. Although successor counsel for WALTCO Trucking Equipment Company filed an appearance on February 7, 2005, counsel did not receive the file materials until March 3, 2005.

4. At this time, discovery is to be completed by before May 10, 2005.

5. The parties require additional time to conduct this necessary discovery to properly litigate this matter.

6. No party will be prejudiced by the allowance of this motion.

The parties respectively request that this Court allow this motion and extend the Discovery Deadline as follows:

    a.    Discovery to be completed by August 1, 2005;

WHEREFORE, the parties respectively request that this Court allow this motion.

| | |
|---|---|
| Assented to,<br>Plaintiffs, Kenneth R. Mercer and Cynthia Mercer,<br>By Their attorney, | Respectively submitted,<br>Defendant, WALTCO Trucking Equipment Company,<br>By Their attorney, |

_____
Brian C. Dever
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780-8022
(508) 822-2000

_____
Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

Respectively submitted,
Defendant, Ryder Truck Rental, Inc.,
By Their Attorney,

_____
Dennis L. Galvin
Tentindo, Kendall, Canniff & Keefe, LLP,
C-3 Shipway Place,
Boston, MA 02129
(781) 284-5657

## LOCAL RULE 7.1 CERTIFICATE

I, Paul Mitchell, hereby certify that I have conferred with counsel for all parties in this action, each of whom assents to the filing of this motion.

_____
Paul E. Mitchell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 29  A 11: 56

| | |
|---|---|
| KENNETH R. MERCER, and <br> CYNTHIA MERCER <br> Plaintiffs, <br><br> v. <br><br> RYDER TRUCK RENTAL, INC., and <br> WALTCO TRUCKING EQUIPMENT COMPANY <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NUMBER <br> ) 1:03-CV-12282-MBB <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon Brian C. Dever, Esquire, Keches & Mallen, P.C., 122 Dean Street, Taunton, Massachusetts and Dennis L. Galvin, Esquire, Tentindo, Kendall, Canniff & Keefe, LLP, C-3 Shipway Place, Boston, Massachusetts, by first class mail, postage prepaid this _____ Day of 3/28 _____, 2005.

_____
Paul E. Mitchell