UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and CYNTHIA MERCER,<br><br>    Plaintiffs,<br><br>v.<br><br>RYDER TRUCK RENTAL, INC. and WALTCO TRUCKING EQUIPMENT COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 1:03-CV-12282 MBB |

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance as counsel for defendant Waltco Truck Equipment Co. in the above-captioned matter. Successor counsel filed his appearance on February 5, 2005, no trial date has been set, no hearings or conferences are scheduled, and no reports, oral or written, are due.

Respectfully submitted,

WALTCO TRUCK EQUIPMENT COMPANY

By its attorneys,

 /s/ Steven J. Buttacavoli
Steven J. Buttacavoli (BBO #651440)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110
Phone: (617) 406-6000
Fax:    (617) 406-6100

Dated:  March 30, 2005

~BOST1:323266.v1