UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and ) <br> CYNTHIA MERCER ) <br>     PLAINTIFFS ) <br> v. ) <br> ) <br> RYDER TRUCK RENTAL, INC., ) <br> and WALTCO TRUCK ) <br> EQUIPMENT COMPANY ) <br>     DEFENDANTS ) <br> _____) | Civil Action No.: 03-CV-12282-MBB |

### NOTICE OF APPEARANCE

Please notice the appearance of Peter A. Brown as counsel for the defendant, *Ryder Truck Rental Inc.*, in the above-captioned action. Please note that Attorney Gerry D'Ambrosio will additionally remain as counsel for the defendant.

                                          Respectfully submitted,
                                          Ryder Truck Rental, Inc.
                                          By its Attorneys,

                                          Gerry D'Ambrosio, BBO #564199
                                          Peter A. Brown, BBO #654805
                                          Tentindo, Kendall, Canniff & Keefe, LLP
                                          C-3 Shipway Place
                                          Boston, MA 02129
                                          T: (617) 720-5657
                                          F: (617) 723-4967

DATED: August 3, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have, this day forwarded a copy of the within document to all counsel of record, by mailing same this date, via first class mail, postage prepaid to:

Paul E. Mitchell, Esq.
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110

Brian Dever, Esq.
Keches & Mallen
122 Dean Street
Taunton, MA 02780

Peter A. Brown, B.B.O. #654805