UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and ) <br> CYNTHIA MERCER, ) <br>     PLAINTIFFS ) <br> v. ) <br> ) <br> RYDER TRUCK RENTAL, INC., ) <br> and WALTCO TRUCK ) <br> EQUIPMENT COMPANY, ) <br>     DEFENDANTS. ) <br> ) | Civil Action No.: 03-CV-12282-MBB |

**JOINT MOTION OF ALL PARTIES TO EXTEND DISCOVERY AND
CONTINUE TRIAL**

Now come the plaintiffs, Kenneth Mercer and Cynthia Mercer together with the defendants (collectively "the parties") and hereby respectfully request that this Honorable Court extend the time to complete discovery in the above-captioned matter until December 30, 2005 and continue the trial until February 2006.

As grounds in support of said Motion, the parties state as follows:

(1)      The parties and their counsel have worked diligently to complete discovery in this matter. The parties have noticed and conducted numerous depositions. In many instances, the depositions have led to the disclosure of new and relevant information which needs to be pursued and further investigated and requires the locating of individuals and documents, and scheduling and conducting the additional depositions.

(2)      The parties have worked together to identify and locate all individuals including former employees who have re-located (sometimes out-of-state) to attempt to conduct discovery and take their depositions.

1

(3)     The parties have all conducted expert inspections of the subject truck and lift gate that are at issue in this litigation.

(4)     The allowance of this motion will serve the interests of the Court and all parties.

(5)     The plaintiffs and defendant, Ryder Truck Rental have begun discussions about mediating this case. The parties require this additional time to complete discovery, disclose and produce expert opinions and to commence detailed discussions regarding the potential resolution of this matter.

WHEREFORE, the parties respectfully request that this Honorable Court extend the time to complete discovery including any Independent Medical Examinations and Expert Discovery until December 30, 2005 and to schedule this matter for trial on a date convenient for the Court after February 1, 2006.

Respectfully submitted,
Plaintiffs,
Kenneth R. Mercer and Cynthia Mercer
By Their Attorney,

Brian C. Dever, Esq.-BBO #544203
KECHES 7 MALLEN, P.C.
122 Dean Street
Taunton, MA  02780
Tel. (508) 822-2000

Respectfully submitted,
Defendant,
WALTCO Truck Equipment Company, Inc.,
By Its Attorney,

/s
Paul E. Mitchell, BBO. # 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts  02110
(617) 737-8300

Respectfully submitted,
Defendant,
RYDER TRUCK RENTAL, INC.
By Its Attorney,

Gerry D'Ambrosio, B.B.O. #564199
Peter A. Brown, B.B.O #654805
Tentindo, Kendall, Canniff & Keefe, LLP
C-3 Shipway Place
Boston, Massachusetts  02129