UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 14 P 4: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KENNETH R. MERCER and CYNTHIA MERCER,<br><br>PLAINTIFFS<br>v.<br><br>RYDER TRUCK RENTAL, INC., and WALTCO TRUCK EQUIPMENT COMPANY,<br><br>DEFENDANTS. | Civil Action No.: 03-CV-12282-MBB |

**JOINT MOTION OF ALL PARTIES TO CONVERT OCTOBER 19, 2005 SETTLEMENT CONFERENCE TO STATUS CONFERENCE**

Now come the plaintiffs, Kenneth Mercer and Cynthia Mercer together with the defendants (collectively "the parties") and hereby respectfully request that this Honorable Court amend the currently scheduled settlement conference on October 19, 2005 and convert it to a status conference before the Court.

As grounds in support of said Motion, the parties state as follows:

(1) The plaintiffs and defendant, Ryder Truck Rental, Inc. ("Ryder Truck") have commenced settlement discussions that may resolve this matter prior to trial. Plaintiffs and Ryder Truck have agreed upon and selected a mediator. The mediator's first available date to conduct this mediation is the week of November 28, 2005. The plaintiffs and Ryder Truck Rental have agreed to mediate this case with Attorney Richard Corbett on November 30, 2005, the first available date of the mediator and all parties.

(2) The plaintiffs and Ryder Truck Rental plan to fully participate in the mediation and hope to resolve this matter on that date.

1

(3)  As a result of the mediation date being so close to the currently scheduled trial date of December 5, 2005, the parties are respectfully requesting that the Court continue the Trial until February 16, 2005 which would allow for Pre-Trial disclosures to be served in accordance with the Federal Rules of Civil Procedure and Local Rules for the District of Massachusetts and to further avoid such efforts being wasteful due to a successful mediation.

(4)  Further, Attorney Paul Mitchell, counsel for WALTCO is starting a trial on Tuesday, October 18, 2005 and is unable to be present at the currently scheduled Settlement Conference and to otherwise participate.

(5)  Despite difficult hurdles in scheduling and completing discovery, the parties have worked diligently to prepare this matter for trial.

(6)  The allowance of this motion will serve the interests of the Court and all parties.

WHEREFORE, the parties respectfully request that this Honorable Court:

a) Convert the October 19, 2005 Settlement Conference to a Status Conference and to waive any requirement that the parties be present at the Status Conference.

b) Schedule this matter for Trial on February 16, 2006 or some later date that is convenient for the Court after the parties have attended and participated in the mediation.

Respectfully submitted,
Plaintiffs,
Kenneth R. Mercer and Cynthia Mercer
By Their Attorney,

/s/
Brian C. Dever, Esq. BBO #544203
KECHES 7 MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
T. (508) 822-2000

Respectfully submitted,
Defendant,
WALTCO Truck Equipment Company, Inc.,
By Its Attorney,

/s/
Paul E. Mitchell, BBO. # 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
T. (617) 737-8300

Respectfully submitted,
Defendant,
RYDER TRUCK RENTAL, INC.
By Its Attorney,

Gerry D'Ambrosio, B.B.O. #564199
Peter A. Brown, B.B.O #654805
Tentindo, Kendall, Canniff & Keefe, LLP
C-3 Shipway Place
Boston, Massachusetts 02129
T. (617) 720-5657

DATED: October 14, 2005