UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER, and<br>CYNTHIA MERCER<br>　　　　　　　　Plaintiffs,<br>v.<br><br>RYDER TRUCK RENTAL, INC., and<br>WALTCO TRUCK EQUIPMENT COMPANY<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)　CIVIL ACTION NUMBER<br>)　1:03-CV-12282 MBB<br>)<br>)<br>) |

**MOTION OF DEFENDANT, WALTCO TRUCK EQUIPMENT COMPANY
FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

Pursuant to Fed.R.Civ.P. 56, Defendant, Waltco Truck Equipment Company ("Waltco") hereby moves for summary judgment on all of plaintiff's claims. As grounds, Waltco states that plaintiff has no evidence from which a jury could find in his favor on any of his claims. Under Fed.R.Civ.P. 11, plaintiff was required to have such evidentiary support for his claims prior to filing suit and is required to have such support to press his claims now. Moreover, the failure of either the plaintiff Kenneth R. Mercer ("Mercer") or the co-defendant Ryder Truck Rental, Inc. ("Ryder") to inform Waltco of the incident and to provide Waltco with an opportunity to inspect the allegedly defective product in a timely manner, before it was substantially modified by the co-defendant Ryder, constitutes spoliation, the remedy for which is that the plaintiff and co-defendant must not be allowed to introduce expert opinion testimony against Waltco. Finally, because the plaintiff's own expert did not inspect the subject product until years after the alleged accident, before it was substantially modified by the co-defendant Ryder, that expert must not be allowed to testify since his opinions rely on speculation regarding the condition of

the lift gate at the time of the alleged accident. There being no genuine issue as to any material fact, Waltco is thus entitled to judgment as a matter of law.

In further support of its motion, Waltco relies upon its Defendant, Waltco Truck Equipment Company's Memorandum in Support of Motion for Summary Judgment, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1, Waltco hereby requests a hearing on this motion.

WHEREFORE, Waltco respectfully requests that this Honorable Court enter summary judgment in Waltco's favor on all of plaintiff's claims.

Respectfully submitted,
Defendant, Waltco Trucking Equipment Company,
By Its Attorney,

*/s/ Paul E. Mitchell*

Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

## L.R. 7.1 CERTIFICATE

I, Paul E. Mitchell, hereby certify that my associate, Deanna C. Salemme, Esq. conferred with the plaintiff's counsel about the within motion and attempted in good faith to resolve and narrow the issues contained therein.

*/s/ Paul E. Mitchell*

Paul E. Mitchell

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the below named document was served upon the attorney of record for each party by mail on October 18, 2005.

**DEFENDANT, WALTCO TRUCK EQUIPMENT COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**DEFENDANT WALTCO TRUCK EQUIPMENT COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**LOCAL RULE 7.1 CERTIFICATE**

**AFFIDAVIT OF PAUL E. MITCHELL**

Respectfully submitted,
Defendant, Waltco Trucking Equipment Company,
By Its Attorney,

*/s/ P. E. Mitchell*

Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

3