UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER, and <br> CYNTHIA MERCER <br>     Plaintiffs, <br> v. <br><br> RYDER TRUCK RENTAL, INC., and <br> WALTCO TRUCK EQUIPMENT COMPANY <br>     Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NUMBER <br> ) 1:03-CV-12282 MBB <br> ) <br> ) <br> ) |

## AFFIDAVIT OF PAUL E. MITCHELL

I, Paul E. Mitchell, under oath hereby depose and state as follows:

1. I am an attorney at the law firm of Mitchell & DeSimone, counsel to the Defendant, Waltco Truck Equipment Company ("Waltco").

2. This affidavit is submitted in support of defendant Waltco's Motion for Summary Judgment.

3. Attached to Defendant Waltco's Memorandum in Support of Motion for Summary Judgment are true and correct copies of the following:

   Ex. A: Complaint of Plaintiff, Kenneth R. Mercer;

   Ex. B: Plaintiff Kenneth Mercer's Answers to Waltco Truck Equipment Company's First Set of Interrogatories;

   Ex. C: Excerpts from the Deposition of Kenneth R. Mercer dated September 8, 2005;

   Ex. D: Correspondence from plaintiff's counsel, Brian Dever, Esq. to Ryder Truck Rental, Inc.'s counsel, Dennis Galvin, Esq., and Waltco Truck Equipment Company's former counsel, Steven Buttacavoli, Esq. dated December 23, 2004;

   Ex. E: Garelick Farm's, Inc., Franklin, MA Driver's Vehicle Condition Reports;

   Ex. F: Ryder Truck Rental, Inc.'s Vehicle Control Card.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th OF OCTOBER 2005.

_____
Paul E. Mitchell