UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER, and )
CYNTHIA MERCER )
                            Plaintiffs, )
v. ) CIVIL ACTION NUMBER
        ) 1:03-CV-12282 MBB
RYDER TRUCK RENTAL, INC., and )
WALTCO TRUCK EQUIPMENT COMPANY )
                       Defendants. )

## LOCAL RULE 7.1 CERTIFICATE

    I, Paul E. Mitchell, hereby certify that my associate, Deanna C. Salemme conferred with the plaintiff's counsel about the within motion and attempted in good faith to resolve and narrow the issues contained therein.

                                                            _____
                                                            Paul E. Mitchell