# EXHIBIT "C"

```
 1                UNITED STATES COURT

 2                     FOR THE

 3              DISTRICT OF MASSACHUSETTS

 4

 5                         C.A. No. 1:03-CV-12282MBB

 6

 7 **********************************

 8 KENNETH R. MERCER and

 9 CYNTHIA MERCER

10         Plaintiffs

11 vs.

12 RYDER TRUCK RENTAL, INC. and

13 WALTCO TRUCKING EQUIPMENT

14         Defendants

15 **********************************

16

17         DEPOSITION OF KENNETH MERCER, a witness called on

18 behalf of the Defendants, pursuant to the Massachusetts

19 Rules of Civil Procedure, before Gail A. Carignan,

20 Professional Shorthand Reporter and Notary Public, within

21 and for the Commonwealth of Massachusetts, at the offices

22 of Esquire Deposition Services, 99 Summer Street, Boston,

23 Massachusetts, commencing at 9:30 a.m. on Thursday,

24 September 8, 2005.
```

Page 102

1    route.  I had an A, B, and a C side.
2 Q.  What towns did you deliver to?
3 A.  I went all the way out to Adams -- North Adams,
4     Lennox, out that way.  I would deliver to
5     Springfield and Chicopee, and I would deliver to
6     just west of Springfield, Springfield and west, all
7     the way out to the border.
8 Q.  And you were delivering milk products?
9 A.  Yes.
10 Q.  Anything else?
11 A.  Not at that time.
12 Q.  While working for Garelick, did you ever deliver
13     anything, other than milk?
14 A.  Yes.
15 Q.  What?
16 A.  Eggs.
17 Q.  Anything else?
18 A.  Sandwiches.  Toward the end of my tenure there, they
19     were getting on board with deli sandwiches to
20     certain stores.
21        MR. DEVER:  Can we establish a rule here
22     in the deposition.  Since it's a little before
23     lunchtime that there be no more talk of deli
24     sandwiches.

Page 104

1 A.  Yes, sir.
2 Q.  Anything else you were trained on?
3 A.  Basically, the general delivery of milk on how to do
4     it.
5 Q.  And you received that in about 1991?
6 A.  Yes.
7 Q.  You had not received training on that prior to 1991?
8 A.  No.
9 Q.  So the first time you received training on these
10     issues was in about 1991?
11 A.  It was when I got my regular route.
12 Q.  And how long did the training last?
13 A.  I think it was a week or two weeks.
14 Q.  Was it classroom training?
15 A.  No.
16 Q.  Where was the training?
17 A.  The training was out on the route.
18 Q.  Did you drive as the number two man?
19 A.  I drove, and usually, the foreman was the onlooker,
20     the overseer.
21 Q.  And so it was on-the-job training?
22 A.  Yeah.
23 Q.  And were you given any materials to review during
24     this training period?

Page 103

1 Q.  Did the change in the product affect the load of the
2     truck in any way?
3 A.  Not really.
4 Q.  Were those products heavier than the milk?
5 A.  No.
6 Q.  Lighter?
7 A.  Yes.
8 Q.  Now, during the time you were a route driver, '91 to
9     2000, were your job duties essentially the same?
10 A.  Pretty much.
11 Q.  So you did the same thing every day?
12 A.  Pretty much.
13 Q.  You carried the same product, essentially every day?
14 A.  Yes.
15 Q.  So let's go -- and did you receive any training
16     between the time that you became a -- from the time
17     you were a spare driver to the time you became a
18     route driver?
19 A.  Yes.
20 Q.  What type of training did you get?
21 A.  I got training from different foremen on the route,
22     how to load -- excuse me -- how to unload, how to
23     set up stops, how to operate the lift.
24 Q.  You mean the liftgate?

Page 105

1 A.  Literature?
2 Q.  Yes.
3 A.  No.
4 Q.  So no written document.  You did not receive any
5     written documents; correct?
6 A.  To the best of my knowledge, no.
7 Q.  Did you see any videos?
8 A.  No.
9 Q.  Do you know who JJ Keller is --
10 A.  No.
11 Q.  -- company.  Have you ever seen, at any time, any
12     videos concerning safe trucking?
13 A.  I may have seen a video when we had to do our CDL.
14 Q.  Right.  The videos concern nighttime driving,
15     turning, loading, that type of thing?
16 A.  I don't believe it had anything to do with loading.
17 Q.  Right.  You didn't see a loading video?
18 A.  I don't believe so.
19 Q.  Did you see one on liftgate operation?
20 A.  No.
21 Q.  When did you see a video in connection with the CDL?
22 A.  I'm not exactly sure if I did or not, but my
23     recollection is that in the classroom that we had,
24     there might have been one.

27 (Pages 102 to 105)

Page 126

1 A.  Inclusive in that would be to see if there was any
2      oil, hydraulic oil, in and around the pistons, on
3      the ground.
4 Q.  What do you mean by that?
5 A.  Well, the pistons have hydraulic oil.
6 Q.  So it's a hydraulic liftgate?
7 A.  Yeah.
8 Q.  And there's a ram or a piston --
9 A.  It's a piston --
10 Q.  Right.
11 A.  -- correct.
12 Q.  And you understand that that's lubricated with some
13      sort of oil?
14 A.  Yes.
15 Q.  And where would you look to inspect the oil?
16 A.  It's not like a dipstick type of thing.
17 Q.  I understand.
18 A.  You would look on the ground for any drippings.
19 Q.  Was that generally occurring in the morning?
20 A.  A.m.
21 Q.  It's dark out?
22 A.  Yeah.
23 Q.  Did you have a light with you?
24 A.  Always.

Page 127

1 Q.  Flashlight?
2 A.  Always.
3 Q.  Was the yard lit?
4 A.  Somewhat.
5 Q.  And artificial lighting?
6 A.  Yes.
7 Q.  So streetlights?
8 A.  Yes.
9 Q.  And you would look on the ground?
10 A.  Yeah.
11 Q.  And this was your usual parking spot; correct?
12 A.  No, not on that day.
13 Q.  Okay.  We're talking about -- let's talk generally.
14      Generally, you picked up the vehicle in a parking
15      spot; correct?
16 A.  Yes.
17 Q.  And how would you tell if there were fresh oil from
18      the piston?
19 A.  If it was shiny and wet, directly underneath the
20      piston or around the shaft.  If it was dripping down
21      on the outer part of the piston shell, I would
22      surmise that there might be a leak from that piston.
23 Q.  Where was the piston located in relation to the
24      liftgate?

Page 128

1 A.  Underneath the -- it's underneath the back of the
2      truck, in the middle of the gate itself.
3 Q.  Okay.  And would you inspect the piston itself?
4 A.  Inspection as far as checking for fluid.  That's --
5      that's the length that I would check the piston.
6 Q.  So after you closed up the gate, you would then look
7      on the ground to see if there were spilled oil?
8 A.  I would see if there was any oil.
9 Q.  And you'd flash a light on it?
10 A.  Yeah.
11 Q.  And then would you flash a light on the piston to
12      see if there were any fresh oil on that?
13 A.  Yeah.
14 Q.  And you would be standing behind the liftgate or
15      truck at that point?
16 A.  Once the gate was all the way up, yeah.
17 Q.  And how close were you to the piston when you made
18      that inspection?
19 A.  Feet.
20 Q.  2 feet, 3 feet?
21 A.  3 feet.  It could have been 2 feet.  I wouldn't be
22      right up close to it, but I would be feet away.
23 Q.  In any event, you didn't touch it, did you?
24 A.  Only if there was oil.

Page 129

1 Q.  Did you make any inspection to determine how old or
2      new the oil was?
3 A.  There was no way for me to tell if it was old or
4      new.
5 Q.  Did you ever refuse to use a liftgate or vehicle
6      because the oil in the piston was not clean?
7 A.  There was no way of me telling if the oil in the
8      piston was clean.
9 Q.  Did you know if that was significant to the safe
10      operation of the liftgate?
11 A.  I would have assumed it would be significant.
12 Q.  In what way do you believe that would be
13      significant?
14 A.  Well, dirty particles in any hydraulic system would
15      probably score the piston.
16 Q.  Were you aware of that as of September 30, 2000?
17 A.  Oh, of course.
18 Q.  And during your employment with Garelick Farms, did
19      you ever discuss with your employer or anyone at
20      Ryder problems with the oil?
21 A.  I never had a problem with oil.
22 Q.  That you're aware of?
23 A.  That I was aware of.  I did have tailgates stop
24      working on me before.

33 (Pages 126 to 129)

Page 134

1   ever load the liftgate?
2 A.  Put product on it?
3 Q.  Yes.
4 A.  No.
5 Q.  Did you do that on the day of the accident?
6 A.  No.
7 Q.  During your inspection of the liftgate, did you ever
8     ride the liftgate?
9 A.  Not on September 30th.
10 Q.  Okay. Was it your usual practice to ride the
11     liftgate during your pretrip inspection?
12 A.  I don't believe so.
13 Q.  On September 30, prior to beginning work, did you
14     ride the liftgate?
15 A.  No.
16 Q.  Do you know what the manufacturer's product
17     information says about riding liftgates?
18 A.  No.
19 Q.  Do you know what the manufacturer's product
20     information or documents say about pretrip
21     inspections?
22 A.  I was never given any -- anything as far the
23     liftgate, any information, literature.
24 Q.  So as of September 30, 2000, you had not been

Page 135

1     provided with any of the manufacturer's documents
2     concerning safe operation and inspection of the
3     liftgate?
4 A.  Not from the manufacturer.
5 Q.  How about from anyone else?
6 A.  Well, our foreman when we were taught earlier.
7 Q.  Did he give you written documents?
8 A.  No.
9 Q.  So you just got word-of-mouth instruction?
10 A.  And hands on.
11 Q.  All right. Is it fair to say that at no time did
12     you ever receive any written documents concerning
13     safe operation of the liftgate from anyone?
14 A.  I don't believe I ever did.
15 Q.  How about after the accident?
16 A.  There was no need to.
17 Q.  Now, did anyone ever provide you with any written
18     documents concerning proper maintenance of the
19     liftgate?
20 A.  No. It was not my job to maintain the liftgate.
21 Q.  Well, it was your job to inspect the liftgate;
22     correct?
23 A.  Correct.
24 Q.  To make sure that it worked properly; right?

Page 136

1 A.  Yes, yeah.
2 Q.  And to make sure that it was mechanically operating
3     properly?
4 A.  Yeah. Before I left.
5 Q.  Doesn't that involve making sure that it's
6     maintained properly?
7 A.  I think my responsibility was to make sure that the
8     lift went up and down, folded, there were no leaks,
9     the electric motor worked. The function of the lift
10     is what I was responsible for before I left the
11     yard.
12 Q.  Now, did you ever take any pictures of the liftgate
13     and its mechanism during your pretrip inspections?
14 A.  Pictures?
15 Q.  Yes.
16 A.  No.
17 Q.  Do you know if Garelick or Ryder took any periodic
18     pictures of the product?
19 A.  I have no idea.
20 Q.  Did you ever inspect the liftgate for warning
21     labels?
22 A.  I know that there were labels on the platform as far
23     as how much weight not to exceed, weight limits.
24 Q.  Where was that decal?

Page 137

1 A.  I think it was more of a metal thing, and there were
2     also yellow -- like hazard stickers, you know, that
3     on some of them would show not to stand behind the
4     liftgate and things like that. But the metal plate
5     would tell you what the gross weight --
6 Q.  Where was that located?
7 A.  I believe close to the handle. I'm not sure, but I
8     think it's close to the handle.
9 Q.  And where were the yellow hazard stickers located?
10 A.  I believe those were close to the ladder. You know,
11     it's been five years. I'm not really a hundred
12     percent sure where they were.
13 Q.  Now, during your pretrip inspection, did you inspect
14     any other parts -- well, let me strike that.
15        You told -- you've already identified all
16     of the parts of a liftgate you inspected; correct?
17 A.  The motor, the scissor, the piston, the platform
18     itself. I think I talked about everything that I --
19 Q.  How would you inspect the motor?
20 A.  Well, the motor would be -- if it worked.
21 Q.  You mean, if it engaged when you threw the -- when
22     you moved the lever?
23 A.  Correct.
24 Q.  And that was satisfactory to you or some evidence

35 (Pages 134 to 137)

1    operating at the time of the accident?

2 A.  It's my understanding that it was Garelick.

3 Q.  Do you know what Ryder's involvement was, if any,

4    with the ownership or operation of these vehicles?

5 A.  As far as the ownership, I -- I don't -- I know that

6    they had a contract to maintain the fleet.

7 Q.  Okay.  Well, you mean Ryder had a contract to

8    maintain?

9 A.  Maintain.

10 Q. Do you know from whom the trucks were originally

11    bought or the specific truck in question?

12 A.  I know the make was an International.  I don't know

13    where they bought them.

14 Q. Do you know whether the trucks were delivered with

15    the liftgates on them?

16 A.  No idea.

17 Q. Do you know from whom the liftgates were purchased?

18 A.  No idea.

19 Q. Do you know who installed the liftgates?

20 A.  No.

21 Q. Do you when the liftgates were installed?

22 A.  I would assume --

23        MR. DEVER:  Don't assume anything.

24        THE WITNESS:  Don't assume anything.

1 A.  No, sir, I don't.

2 Q.  Do you know where the liftgates were installed?

3 A.  No.

4 Q.  Do you know if Ryder installed the liftgates?

5 A.  No.

6 Q.  You said that Ryder had a contract to maintain.  Was

7    that true during the entire period of time that you

8    worked as a route driver?

9 A.  No.

10 Q. How was it initially?  What was the arrangement

11    initially when you began as a route driver?

12 A.  Garelick employed their own mechanics, and they had

13    their own supervisor that ran their garage, inspect

14    out trucks, et cetera.  They did it all.

15 Q. When did that change?

16 A.  I'm not sure.

17 Q. What your best estimate?

18 A.  This is a guess.  '95, '96.

19 Q. Okay.

20        MR. BROWN:  That's when Garelick stopped

21    doing it?

22        THE WITNESS:  That's when Ryder took over.

23    But see, you can't hold me to that, because dates, I

24    don't know.

1 Q.  Okay.  Let me do it this way.  Is it fair to say

2    that as of the date of your accident, Garelick no

3    longer maintained their own trucks; rather, they had

4    contracted with Ryder to maintain the trucks?

5 A.  To the best of my knowledge, yes.

6 Q.  And it's your understanding that Ryder had complete

7    and absolute responsibility for the maintenance of

8    the trucks as of the date of your accident?

9 A.  As I understand it.

10 Q. And that includes the truck you were operating?

11 A.  Yes.

12 Q. And the liftgate?

13 A.  Everything that has to do with that truck, they

14    should have maintained.

15 Q. Now, prior to the contract with Ryder, who was in

16    charge of the maintenance function at Garelick?

17 A.  They had their own personnel.

18 Q. Who was that?

19 A.  Their mechanics.

20 Q. Who ran it?  Who was the head mechanic?

21 A.  I can picture his face.  I know his family, but I

22    can't think of his name.

23 Q. Is he still there?

24 A.  No.

1 Q.  When did he stop working?

2 A.  The day they asked him to leave and told him that

3    Ryder was coming in.

4 Q.  Which system, from your perspective, worked better?

5    By "better," I mean which system resulted in the

6    trucks being maintained better and more safely?

7 A.  Garelick employees hands down.

8 Q.  Why is that?

9 A.  Because if you had an issue, if you had a problem,

10    you would go see, you know, one of nighttime

11    mechanics, or maybe you brought the truck back in for

12    post, you would talk to Gerry Marchand [phonetic],

13    is his name.  Don't ask me how to spell it.  It just

14    came to me.

15        You would go to him, and he would take

16    care of the problem.  You wouldn't have to, you

17    know, wonder if it was going to get fixed.  It would

18    be fixed.

19 Q. So when you come back in from a route, you would

20    complete a posttrip inspection; correct?

21 A.  (No verbal response.)

22 Q. And is it a --

23        MR. DEVER:  Yes?

24        THE WITNESS:  Yes.

38 (Pages 146 to 149)

Page 158

1    during our inspection of the vehicle about ten days
2    ago was not a rod that was manufactured by Waltco?
3 A.  I'm not aware of that.
4 Q.  Do you know what the significance, if any, of
5    putting in nonmanufacturer's parts into the liftgate
6    mechanism?
7 A.  No.
8 Q.  Do you know how that affects the safe operation of
9    the liftgate?
10 A.  No.
11 Q.  Do you know that that liftgate -- that rod is
12    identical to a rod manufactured by one of Waltco's
13    competitor's?
14 A.  No, sir.
15 Q.  No.  Do you know from whom Ryder purchases
16    liftgates?
17        MR. BROWN:  Objection.
18 Q.  Either Ryder or Garelick?
19 A.  Don't assume anything.  No, I don't know.
20 Q.  Okay.  Have you seen any liftgates manufactured by a
21    company, other than Waltco, on any of the Garelick
22    trucks?
23 A.  I'm not really familiar who manufactures these.
24 Q.  Right.  Well, you know you've sued Waltco; correct?

Page 159

1 A.  Correct.
2 Q.  And back at the time of this accident, did you know
3    that Waltco made the liftgate?
4 A.  I didn't know who Waltco was.
5 Q.  Did you ever see their -- the name "Waltco" in
6    yellow on the back of liftgates?
7 A.  I'm not sure if I have.
8 Q.  Now, prior to your accident on September 30, were
9    you ever taught that liftgates were dangerous?
10 A.  Oh, sure.
11 Q.  How did you learn that?
12 A.  By having a problem with a liftgate.
13 Q.  When did you have a problem with a liftgate?
14 A.  It was an older 22 footer.  I don't remember the
15    year.  I don't even remember the number of the
16    truck.  I do remember that the motor cooked, and I
17    had to drive the vehicle to someone in West
18    Springfield or somewhere in Springfield to replace
19    it.  And you know, he gave me an education, a short
20    education about where to stand, where not to stand,
21    what to do.
22 Q.  So you went to West Springfield?
23 A.  I'm not sure if it was West Springfield.  I want to
24    say yes, West Springfield.

Page 160

1 Q.  And who was it -- where did you go?
2 A.  No idea.
3 Q.  This was a repair facility?
4 A.  It was someplace that they told me to go.
5 Q.  Who told you to go?
6 A.  The garage.
7 Q.  Ryder or Garelick?
8 A.  I'm not sure if it was Ryder or if it was, at the
9    time, Garelick.
10 Q.  And was this a distributor?
11 A.  I don't think so.
12 Q.  Did they sell other truck parts?
13 A.  I'm not aware if they did or not.
14 Q.  And you went there for purposes of getting the motor
15    repaired?
16 A.  Repaired or replaced, yeah.
17 Q.  And the person at that location gave you a lesson in
18    safe operation?
19 A.  An informal discussion.
20 Q.  What did you learn?
21 A.  Never to stand right behind a liftgate when he drops
22    it.
23 Q.  Sure.  What else did you learn?
24 A.  Just moving parts and how it actually worked.  I

Page 161

1    think at that time, I was still fairly young at
2    delivering milk.  And it was an education as far as,
3    you know, how it worked and the hydraulics of it.
4    Just a vague -- you know, it was not detailed.
5 Q.  When do you estimate that that instruction took
6    place?
7 A.  Early '90s.  '93, '94.  I remember the lift motor
8    died in Chicopee, and I had to off-load three more
9    stops, and then they wanted me to go to this place
10    in West Springfield.
11 Q.  And other than that occasion, did you ever have any
12    problems with liftgates prior to this accident?
13 A.  Say that one more time.
14 Q.  Yeah.  Did you ever -- other than that occasion, did
15    you have any problems with any liftgates prior to
16    your accident of September 30, 2000?
17 A.  I had one other time where the liftgate wouldn't
18    come down.
19 Q.  When was that?
20 A.  That was probably late '90s.
21 Q.  And what did you do?
22 A.  I called the garage.
23 Q.  And what happened?
24 A.  They sent -- they called someone, I think in Nashua.

41 (Pages 158 to 161)

Page 198

1  the middle of the pull?
2 A.  It did stop.  My left hand made it stop.
3 Q.  Right.  But my point is that as you -- when you
4    realized that there was nothing below your right
5    heel, you couldn't stop?
6 A.  I didn't have time.  I -- it -- there was no time
7    to --
8 Q.  Were you jerking this product out of the back of the
9    truck?
10 A.  It's more like a weave.
11 Q.  To get around all of the products and the grooves?
12 A.  No.  Just to get momentum going.  Instead of just
13    dragging it like that, it moves better side to side.
14 Q.  So with your hook, you pull it to the right, then
15    you pull it to the left to try to wiggle it out of
16    the truck?
17 A.  More like an "S," the way I was taught.
18 Q.  Right.  And that's easier than just sliding it
19    out --
20 A.  Yes.
21 Q.  -- straight?
22 A.  Yes.
23 Q.  You pull it one way, and then you rock it back the
24    other way and create like an "S" as you get out?

Page 199

1 A.  Pull and rock is not the words I would use.
2 Q.  What words would you use?
3 A.  Simply sway it back and forth, dragging as you go,
4    pulling as you go.
5 Q.  And it's easier to go from side to side than come
6    straight out?
7 A.  It is on those trucks --
8 Q.  Right.  Because --
9 A.  -- at that time.
10 Q.  That's a function of getting the momentum going to
11    pull it; right?
12 A.  Yeah.
13 Q.  And that's another reason why you couldn't stop when
14    you realized there was nothing below your heel?
15 A.  The momentum.
16 Q.  Now, as you pulled it in that "S" turn from side to
17    side, your legs would move laterally, you'd move to
18    the right or move to the left; correct?
19 A.  No.
20 Q.  You'd stay in the same place?
21 A.  No.  My feet would be going backwards in a straight
22    line.
23 Q.  Okay.  But you would move it with your hands?
24 A.  Rocking like this, as I showed you like an "S."

Page 200

1 Q.  So one hand on the hook, and then the upper hands on
2    the carts themselves?
3 A.  Left hand on the top case.
4 Q.  Right.  Do you know exactly where your foot was when
5    you first realized there was nothing below your
6    heel?
7 A.  More in the middle of the platform.
8 Q.  Right where the handle is --
9 A.  Correct.
10 Q.  -- located in Exhibit No. 4?
11      MR. DEVER:  Are we -- the handle of the
12    back door?
13      MR. MITCHELL:  The handle on the back door
14    which is --
15      THE WITNESS:  In that general vicinity,
16    give or take.
17 Q.  I understand.  And then you lost your balance?
18 A.  Right.
19 Q.  And you began to fall which way?
20 A.  Backwards.
21 Q.  Did you still have your hand on the hook as well as
22    the top of the crates?
23 A.  The hook came off when I got to a certain point that
24    I couldn't hold it.  And I had the top case with my

Page 201

1    left hand, going backwards like this.  I felt the
2    pain, and I just pushed it.  I tried to push it back
3    out of the way because it just -- my reaction was
4    I'm getting stabbed in the back.  I just wanted to
5    get away from it.  And by doing -- going forward,
6    that stabbing stopped.
7 Q.  What do you mean, "getting stabbed in the back"?
8 A.  That's what it felt like.
9 Q.  Oh, the pain?
10 A.  Yes.
11 Q.  So you were pulling this thing out.  You lost your
12    balance.  You began to fall backward?
13 A.  Correct.
14 Q.  Did you fall on the ground?
15 A.  No.
16 Q.  Did you fall on the deck -- on the liftgate?
17 A.  I did not totally fall.  I arched back as far as I
18    could possibly humanly go.
19 Q.  Right.
20 A.  And pushed back and off to the side with the stack
21    of milk.
22 Q.  And you were successful in pushing the milk or the
23    crates forward?
24 A.  Some of it.

51 (Pages 198 to 201)

**Page 206**

1   the gate had dropped.
2 Q. And did it drop?
3 A. Oh, it dropped.
4 Q. Where were you when you saw that for the first time?
5 A. Saw what for the first time?
6 Q. When you saw that the gate had dropped?
7 A. I was on the gate and in the platform.
8 Q. Okay. Leaning on the crates?
9 A. Correct.
10 Q. Your feet were still on the platform, and you looked
11   back and saw that the gate had dropped?
12 A. I didn't have to look back. I just looked down, and
13   I could see that there was a difference of elevation
14   between my legs and the cases, and it wasn't flush
15   with the platform.
16 Q. How far do you estimate that it had dropped?
17 A. I've said anywhere from 5 to 8 inches. I didn't,
18   you know, get a ruler out and say, Hey, you know.
19   It's like -- it's like missing a step.
20 Q. Was it even all the way across?
21 A. I couldn't say for sure, but I would -- I would
22   think so.
23 Q. Did you see it change levels or drop?
24 A. No.

**Page 207**

1 Q. Do you know if it dropped gradually or abruptly?
2 A. No.
3 Q. Do you know what caused it to drop?
4 A. No.
5 Q. As it dropped, did stacks 1 or 2 fall?
6 A. No.
7 Q. After the incident, did you test the liftgate?
8 A. I brought the liftgate back up.
9 Q. Okay. So did you get off of the gate?
10 A. I got off of the gate and looking at Exhibit 4
11   again, I grabbed the side of the door and then
12   reached down.
13 Q. What do you mean, "the side of the door"?
14 A. Right in here.
15 Q. Okay. I don't understand. You walked over to the
16   side of the --
17     MR. DEVER: This handle? Is that what
18   you're referring to?
19     THE WITNESS: That.
20 Q. Okay. So you walked over to the right side of the
21   truck?
22 A. Correct.
23 Q. You were standing on the truck, as opposed to the
24   gate itself?

**Page 208**

1 A. Correct.
2 Q. And holding with which hand on the stationary
3   handle?
4 A. Left on the handle.
5 Q. What did you do next?
6 A. Reached down.
7 Q. You did not get down to the ground? I'm just
8   asking.
9 A. Well, you asked me, What did I do? And then you
10   asked me, Did it knock you to the ground? Which one
11   do you want me to answer first?
12     MR. DEVER: Hold on. Hold on. Let's
13   stop. Let's go off the record for one second.
14     (Off the record discussion)
15 Q. Just so we're all on the same page, sir. We've been
16   talking about the ground. The ground is the dirt,
17   the asphalt; right?
18 A. Correct.
19 Q. The gate or platform is the -- you used the
20   liftgate, but the diamond covered --
21 A. The tailgate.
22 Q. Tailgate. And then we've talked about a -- on
23   occasion, a platform or the bed of the truck which
24   really isn't the bed of the truck, but that's the

**Page 209**

1   level just up in the corner, the sill or shelf of
2   the vehicle; right?
3 A. That's what I consider the platform.
4 Q. Platform, okay. Now, why don't you tell me what
5   happened next from the moment you walked over to the
6   right rear corner of the platform?
7 A. I reached down and lifted the handle to raise the
8   tailgate back up.
9 Q. What happened?
10 A. It raised right back up.
11 Q. No problem?
12 A. Didn't seem to.
13 Q. And how long did it stay in the up position at that
14   point?
15 A. For a short while because after I composed myself
16   and I went back in to get my fourth stack, every
17   time I went back out to the platform, I had to raise
18   it up.
19 Q. So it kept slipping?
20 A. It kept slipping. It slipped all day.
21 Q. Now, you were -- assuming this slippage did not
22   occur, how did you intend to lower the liftgate?
23 A. After the -- how was I going to --
24 Q. Yeah. After you lowered the three stacks on the

53 (Pages 206 to 209)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 210

1    liftgate, how did you intend to lower the liftgate
2    to the ground?
3 A.  Well, first of all, the three stacks was not the
4    only amount of milk that I was going to put on the
5    tailgate. Once the tailgate was filled with this
6    order if it all would fit, I would go onto the
7    platform edge, grab ahold with my left hand onto the
8    left rear handle and step down on the stairs on the
9    right rear side.
10 Q.  And get to the ground?
11 A.  And get to the ground, correct.
12 Q.  And it would be your intention to operate the
13    liftgate handle while being on the ground?
14 A.  That is always the way I did it.
15 Q.  Did you ever use your foot to operate the handle?
16 A.  Never.
17 Q.  But you did operate the handle after this accident
18    while standing on the back platform; correct?
19 A.  Correct.
20 Q.  Why didn't you get down on the ground?
21 A.  I didn't need to. I was in fear that the other
22    stacks might go too. I didn't know if this -- this
23    thing was just going to drop, drop, or if it was
24    just creeping down. I evaluated after the accident

Page 211

1    that it was creeping down slowly. So I knew that
2    with every stack that I put out there, I'd have to
3    lift it back up and get it flush with the platform.
4 Q.  So after this accident, you observed it slipping
5    down all day; right?
6 A.  Correct.
7 Q.  And when it slipped down, it was moving slowly, as
8    opposed to an abrupt 5 to 8-inch move?
9 A.  It was slow. It was more like a seeping to me.
10    Didn't seem it was herky jerky. It just seemed like
11    it was a smooth decline.
12 Q.  And did you try to fix it?
13 A.  No.
14 Q.  Did you try to identify what was wrong?
15 A.  No.
16 Q.  Did you jiggle the handle to see if it was stuck or
17    what was happening?
18 A.  I did move the handle up and the handle did come up.
19    And I know when a handle sticks. I've had that, and
20    I've described to you that that has happened to me
21    before, but that was not the case. The handle did
22    not stick.
23 Q.  Couldn't you figure out what the problem was?
24 A.  No. I'm not a mechanic. I'm a truck driver.

Page 212

1 Q.  Why did you continue to use the vehicle the rest of
2    the day?
3 A.  Because my customers depend on me, you know.
4 Q.  How many more stops did you make that day?
5 A.  I forget how many stops I had on the route, but
6    probably 12 to 14.
7 Q.  And each stop, the liftgate slipped?
8 A.  Yes. Except for Market -- was it Market Basket or
9    Shaw's that I had? I believe it was Shaw's. And
10    that was up -- a dock that I backed into, and I
11    didn't have to use the platform --
12 Q.  How did you --
13 A.  -- just the tailgate.
14 Q.  How did you get -- unload the product if the
15    liftgate kept slipping?
16 A.  Put one stack on, go back, get another stack
17    before -- before I would put another stack out, I
18    would take my hook and grab the handle and lift it
19    up and put the stack out onto the deck.
20 Q.  Had you ever done that before with a hook?
21 A.  No, no need to.
22 Q.  How much time would pass from the moment you pulled
23    the handle up, the liftgate went up, from that
24    moment to the moment you first observed slippage?

Page 213

1 A.  I couldn't say.
2 Q.  Seconds, minutes?
3 A.  Seconds.
4 Q.  Did you have enough time to then take the handle off
5    of -- take the hook off of the handle and then pull
6    the crates out?
7 A.  Yes.
8 Q.  Did you tell anyone at the -- was it White Hen
9    Pantry -- that the accident had happened?
10 A.  No.
11 Q.  Why not?
12 A.  Because it was a nighttime loser.
13 Q.  Did you know him?
14 A.  Just at the store.
15 Q.  When is the first time you reported the accident?
16 A.  I believe I filled out an accident report -- are you
17    talking the accident or the tailgate problem?
18 Q.  Okay. Let's -- the tailgate problem.
19 A.  That afternoon.
20 Q.  When you returned to the shop?
21 A.  Correct.
22 Q.  When did you first report the accident?
23 A.  I'm not sure if it was that afternoon or the
24    following day.

54 (Pages 210 to 213)