# EXHIBIT "D"

# KECHES & MALLEN, P.C.
## ATTORNEYS AT LAW
122 Dean Street
Taunton, MA 02780
(508) 822-2000
Fax (508) 822-8022
www.keches-mallen.com

George N. Keches
Richard T. Mallen
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Judith B. Gray**
Paul S. Danahy
Charlotte E. Glinka

Kathy Jo Cook
Claudine A. Cloutier*
Karen S. Hambleton
Seth J. Elin
Matthew F. King
Ernest J. Palazzolo, Jr.
Mark D. Warcup
Daniel M. Surprenant
Eleanore R. Godfrey

*Of Counsel*
Ann Marie Maguire
Gregg J. Pasquale
Melissa A. White

**DIRECT ALL CORRESPONDENCE TO THE TAUNTON OFFICE**

**BOSTON OFFICE**
141 Tremont Street, 6th Floor
Boston, MA 02111
(617) 426-7900

**WORCESTER OFFICE**
41 Elm Street
Worcester, MA 01609
(508) 798-7900

**FALL RIVER OFFICE**
321 North Main Street
Fall River, MA 02721
(508) 676-7900

**NEW BEDFORD OFFICE**
285 Union Street
New Bedford, MA 02740
(508) 994-7900

*Admitted in Massachusetts and Rhode Island
**Admitted in Massachusetts, Rhode Island and Connecticut

December 23, 2004

Dennis L. Galvin, Esq.
Tentindo, Kendall, Canniff & Keefe, LLP
C-3 Shipway Place
Boston, MA 02129

Steven J. Buttacavoli, Esq.
Piper Rudnick, LLP
One International Place, 21st Floor
Boston, MA 02110-2600

   Re: Kenneth and Cynthia Mercer
   vs. Ryder Truck Rental, Inc. and Waltco Truck Equipment Company

Dear Mr. Galvin:

  This letter will confirm that we have scheduled an inspection of the vehicle involved in Kenneth Mercer's injury. You were kind enough to schedule the inspection for **10:00 a.m. on Wednesday, January 5, 2005, at the Garelick Farms location at 1199 West Central Street, Franklin, MA.** Either I or someone from my office will be attending that inspection, along with our expert. I have copied Attorney Buttacavoli on this letter, and it is my understanding that if he wishes to attend the inspection he will be permitted to do so, as well. I thank you for your courtesy and cooperation in this regard.

  This letter will also confirm that at the request of each of you, the depositions of Ryder and Waltco scheduled for December 28th and 29th, respectively, will not go forward on those dates, but will be rescheduled.

               Very truly yours,

               KECHES & MALLEN, P.C.

               Brian C. Dever

BCD:blw
cc: Parisi Court Reporting