# EXHIBIT "E"

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. 2275     Date 3/6/00

Trailer No. ......................................... Mileage 92907.5

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

092908

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| Water Level | ☑ |
| Oil Level | ☑ |
| Fuel (Level, Tank & Cap) | ☑ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| Air Hoses & Couplers | ☑ |
| Electric Lines to Trailer | ☑ |
| Fifth Wheel and Pin (position and lock) | ☑ |
| Drive Line | ☑ |
| Tire (Inflation, tread mating) | ☑ |
| Wheel & Lugs | ☑ |
| Springs & Hangers | ☑ |
| Body & Load | ☑ |
| Load Bars & Track | ☑ |
| Ramp W/A | ☑ |
| Battery Box Cover | ☑ |
| Mud Flaps | ☑ |
| I.C.C. Bumper & Tailgate | ☑ |

| 1 | 2 |
|---|---|
| License Plates | ☑ |
| Headlights | ☑ |
| Stop, Tail, License Plate Lights | ☑ |
| Clearance and Marker Lights | ☑ |
| Turn Signals and 4-Way Flasher | |
| Reflectors | ☑ |
| Engine | ☑ |
| Fuel System | ☑ |
| Cooling System | ☑ |
| Leaks | |
| Exhaust System | |
| Hub Oils | ☑ |
| Refers | |
| Review Previous Day Vehicle Condition Report | ☑ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| Low Air Buzzer | ☑ |
| Oil Pressure | ☑ |
| Air Pressure | ☑ |
| Volt Guage | |
| Horn, Air and City | |
| Windshield & Windows (Glazing or Cracked) | |
| Windshield Wipers | ☑ |
| Parking Brakes | ☑ |
| Service Brakes | ☑ |
| Clutch and Transmission | ☑ |
| Steering | |
| Speedometer | ☑ |
| Rear Vision Mirrors | |
| Other Items | ☑ |
| Registration and Fuel Permits | ☑ |
| Federal Inspection Sticker | ☑ |
| Air Conditioner | ☑ |
| Fire Ext., Warning Devices Chock Blocks | |
| Gauges | ☑ |

*Lift Motor*
*Plunger Valve*

REPAIRS made enroute (what, where, when, by whom, cost) *Lift Motor off + Steam Clean adjust plunger valve*

DEFECTS known to exist on completion of trip: *lift + leaking*

...........................................................................................................

...........................................................................................................

...........................................................................................................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED

Name (Please Print) *Gary Sutton*

Date 3-6-00

Driver's Signature

*Mechanic's Signature*

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No...... *2275* ..................... Date..... *5-11-00* ...........

Trailer No.............................................. Mileage..... *103646* ...............

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

*103732* IN CAB

| BEFORE STARTING ENGINE | | | | | AFTER STARTING ENGINE | |
|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 2 | | 1 | 2 |
| ☑ Water Level | ☑ | ☑ Liscense Plates | ☑ | | ☑ Low Air Buzzer | ☑ |
| ☑ Oil Level | ☑ | ☑ Headlights | ☑ | | ☑ Oil Pressure | ☑ |
| ☑ Fuel (Level, Tank & Cap) | ☑ | ☑ Stop, Tail, Liscense Plate Lights | ☑ | | ☑ Air Pressure | ☑ |
| | | ☑ Clearance and Marker Lights | ☑ | | ☑ Volt Guage | ☑ |
| **OUT OF CAB** | | ☑ Turn Signals and 4-Way Flasher | ☑ | | ☑ Horn, Air and City | ☑ |
| **AFTER STARTING ENGINE** | | ☑ Reflectors | ☑ | | ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☐ Air Hoses & Couplers | ☐ | ☑ Engine | ☑ | | ☑ Windshield Wipers | ☑ |
| ☐ Electric Lines to Trailer | ☐ | ☑ Fuel System | ☑ | | ☑ Parking Brakes | ☑ |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ | ☑ Cooling System | ☑ | | ☑ Service Brakes | ☑ |
| ☑ Drive Line | ☑ | ☑ Leaks | ☑ | | ☑ Clutch and Transmission | ☑ |
| ☑ Tire (Inflation, tread mating) | ☑ | ☑ Exhaust System | ☑ | | ☑ Steering | ☑ |
| ☑ Wheel & Lugs | ☑ | ☑ Hub Oils | ☑ | | ☑ Speedometer | ☑ |
| ☑ Springs & Hangers | ☑ | ☑ Refers | ☑ | | ☑ Rear Vision Mirrors | ☑ |
| ☑ Body & Load | ☑ | ☑ Review Previous Day Vehicle Condition Report | ☑ | | ☑ Other Items | ☑ |
| ☑ Load Bars & Track | ☑ | | | | ☑ Registration and Fuel Permits | ☑ |
| ☑ Ramp W/A | ☑ | *fixed on Box light* | | | ☑ Federal Inspection Sticker | ☑ |
| ☑ Battery Box Cover | ☑ | *5/13/00* | | | ☑ Air Conditioner | ☑ |
| ☑ Mud Flaps | ☑ | | | | ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |
| ☑ I.C.C. Bumper & Tailgate | ☒ | *RAIL LiFt GATE Solid Switch* | | | ☑ Gauges | ☑ |

REPAIRS made enroute (what, where, when, by whom, cost):..........................................

........................................................................................................................

DEFECTS known to exist on completion of trip:.....................................................

........................................................................................................................

.............. *LiFt NOT WORKING* ....................................

.............. *fix INSiDe Box Light* ....................................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED     *JOAO CASTRO*
Name (Please Print)

Date...... *5-13-00* ..........     *Joao Castro*
Driver's Signature

*[signature]*
Mechanic's Signature

WHITE - Original to Fleet Manager      YELLOW - Vehicle Copy      PINK - Driver Copy      GOLD - Office Copy

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. 2275 .......... Date 5-12-00

Trailer No. .......................... Mileage 103731.2

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

103 732
IN CAB

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Water Level | ☑ |
| ☑ Oil Level | ☑ |
| ☑ Fuel (Level, Tank & Cap) | ☑ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☐ Air Hoses & Couplers | ☐ |
| ☐ Electric Lines to Trailer | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ |
| ☑ Drive Line | ☑ |
| ☑ Tire (Inflation, tread mating) | ☑ |
| ☑ Wheel & Lugs | ☑ |
| ☑ Springs & Hangers | ☑ |
| ☑ Body & Load | ☑ |
| ☑ Load Bars & Track | ☑ |
| ☐ Ramp W/A | ☐ |
| ☑ Battery Box Cover | ☑ |
| ☑ Mud Flaps | ☑ |
| ☑ I.C.C. Bumper & Tailgate | ☒ |

| 1 | 2 |
|---|---|
| ☑ License Plates | ☑ |
| ☑ Headlights | ☑ |
| ☑ Stop, Tail, Liscense Plate Lights | ☑ |
| ☑ Clearance and Marker Lights | ☑ |
| ☑ Turn Signals and 4-Way Flasher | ☑ |
| ☑ Reflectors | ☑ |
| ☑ Engine | ☑ |
| ☑ Fuel System | ☑ |
| ☑ Cooling System | ☑ |
| ☑ Leaks | ☑ |
| ☑ Exhaust System | ☑ |
| ☑ Hub Oils | ☑ |
| ☑ Refers | ☑ |
| ☑ Review Previous Day Vehicle Condition Report | ☑ |

**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Low Air Buzzer | ☑ |
| ☑ Oil Pressure | ☑ |
| ☑ Air Pressure | ☑ |
| ☑ Volt Guage | ☑ |
| ☑ Horn, Air and City | ☑ |
| ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☑ Windshield Wipers | ☑ |
| ☑ Parking Brakes | ☑ |
| ☑ Service Brakes | ☑ |
| ☑ Clutch and Transmission | ☑ |
| ☑ Steering | ☑ |
| ☑ Speedometer | ☑ |
| ☑ Rear Vision Mirrors | ☒ |
| ☑ Other Items | ☒ |
| ☑ Registration and Fuel Permits | ☒ |
| ☑ Federal Inspection Sticker | ☑ |
| ☑ Air Conditioner | ☒ |
| ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |
| ☑ Gauges | ☑ |

③ Inside Box lights Replaced
① lift blowing breaker by Battery / No Problem found
lift handle sticking Replaced Both springs by hook

REPAIRS made enroute (what, where, when, by whom, cost) _Power wire in rear Bad Lift gate solid switch_ _PLEASE INSPECT SAFELY_ ... LIFT SWITCH RECONNECTED

DEFECTS known to exist on completion of trip _blowing breaker by battery_ — lift handle sticking in the up position _lift gate switch_ (not lights not working) ② _Tighten inside box on_ drivers side wall closest to doors (5th notice) ③ _Inspection Stick_ peeling off

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED

Name (Please Print) .......... _Cosie Fittian_

Date 5-13-00

Driver's Signature

Mechanic's Signature

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. *2275*        Date *9-20-00*

Trailer No. ...........................    Mileage  PM *124 431*
                                                  AM *124 362*

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| Water Level | | ✓ |
| Oil Level | | ✓ |
| Fuel (Level, Tank & Cap) | | ✓ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ~~Air Hoses & Couplers~~ | | |
| ~~Electric Lines to Trailer~~ | | |
| ~~Fifth Wheel and Pin~~ (position and lock) | | |
| Drive Line | | ✓ |
| Tire (Inflation, tread mating) | | ✓ |
| Wheel & Lugs | | ✓ |
| Springs & Hangers | | ✓ |
| Body & Load | | ✓ |
| Load Bars & Track | | ✓ |
| ~~Ramp W/A~~ | | |
| Battery Box Cover | | ✓ |
| Mud Flaps | | ✓ |

| 1 | | 2 |
|---|---|---|
| License Plates | | ✓ |
| Headlights | | ✓ |
| Stop, Tail, Liscense Plate Lights | | ✓ |
| Clearance and Marker Lights | | ✓ |
| Turn Signals and 4-Way Flasher | | ✓ |
| Reflectors | | ✓ |
| Engine | | ✓ |
| Fuel System | | ✓ |
| Cooling System | | ✓ |
| Leaks | | ✓ |
| Exhaust System | | ✓ |
| Hub Oils | | ✓ |
| Refers | | ✓ |
| Review Previous Day Vehicle Condition Report | | ✓ |
| I.C.C. Bumper & Tailgate | | X |
| Gauges | | ✓ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| Low Air Buzzer | | ✓ |
| Oil Pressure | | ✓ |
| Air Pressure | | ✓ |
| Volt Gauge | | ✓ |
| Horn, Air and City | | ✓ |
| Windshield & Windows (Glazing or Cracked) | | ✓ |
| Windshield Wipers | | ✓ |
| Parking Brakes | | ✓ |
| Service Brakes | | ✓ |
| Clutch and Transmission | | ✓ |
| Steering | | ✓ |
| Speedometer | | ✓ |
| Rear Vision Mirrors | | ✓ |
| Other Items | | ✓ |
| Registration and Fuel Permits | | ✓ |
| Federal Inspection Sticker | | ✓ |
| Air Conditioner | | ✓ |
| Fire Ext., Warning Devices Chock Blocks | | ✓ |

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: *lift Gate does not stay up all the way - Also when does lift Gate is at too much of an angle, milk wants to slide off*

Technician's Signature *Repaired lift and adjusted*

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ **ABOVE DEFECTS CORRECTED**    *Eric Fitton*
                                  Name (Please Print)

Date *9-20-00*                    *E. Fitt*
                                  Driver's Signature

GF-966 (6/00)

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. *2275*　　　　　　Date *9-25-00*　*125 315*

Trailer No. ............................................　Mileage PM *125354*
　　　　　　　　　　　　　　　　　　　　　　　AM *125324*

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if
satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to
departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle
and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☑ Water Level | | ☑ |
| ☑ Oil Level | | ☑ |
| ☑ Fuel (Level, Tank & Cap) | | ☑ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☐ Air Hoses & Couplers | | ☐ |
| ☐ Electric Lines to Trailer | | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | | ☐ |
| ☑ Drive Line | | ☑ |
| ☑ Tire (Inflation, tread mating) | | ☑ |
| ☑ Wheel & Lugs | | ☑ |
| ☑ Springs & Hangers | | ☑ |
| ☑ Body & Load | | ☑ |
| ☑ Load Bars & Track | | ☑ |
| ☐ Ramp W/A | | ☐ |
| ☑ Battery Box Cover | | ☑ |
| ☑ Mud Flaps | | ☑ |

*Adjusted Lift Gate*

| 1 | | 2 |
|---|---|---|
| ☑ Liscense Plates | | ☑ |
| ☐ Headlights | | ☐ |
| ☐ Stop, Tail, Liscense Plate Lights | | ☑ |
| ☐ Clearance and Marker Lights | | ☑ |
| ☑ Turn Signals and 4-Way Flasher | | |
| ☑ Reflectors | | ☑ |
| ☑ Engine | | ☑ |
| ☑ Fuel System | | ☑ |
| ☑ Cooling System | | ☑ |
| ☑ Leaks | | ☑ |
| ☑ Exhaust System | | ☑ |
| ☑ Hub Oils | | |
| ☑ Refers | | ☐ |
| ☑ Review Previous Day Vehicle Condition Report | | ☑ |
| ☑ I.C.C. Bumper & Tailgate | | |
| ☐ Gauges | | ☑ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☑ Low Air Buzzer | | ☑ |
| ☑ Oil Pressure | | ☑ |
| ☑ Air Pressure | | ☑ |
| ☑ Volt Gauge | | ☑ |
| ☑ Horn, Air and City | | ☑ |
| ☑ Windshield & Windows (Glazing or Cracked) | | |
| ☑ Windshield Wipers | | ☑ |
| ☑ Parking Brakes | | ☑ |
| ☑ Service Brakes | | ☑ |
| ☑ Clutch and Transmission | | ☑ |
| ☑ Steering | | ☑ |
| ☑ Speedometer | | ☑ |
| ☑ Rear Vision Mirrors | | ☑ |
| ☑ Other Items | | ☑ |
| ☑ Registration and Fuel Permits | | ☑ |
| ☑ Federal Inspection Sticker | | ☑ |
| ☑ Air Conditioner | | ☑ |
| ☐ Fire Ext., Warning Devices Chock Blocks | | ☑ |

WHITE - Original to Fleet Manager　　　YELLOW - Vehicle Copy　　　PINK - Driver Copy　　　GOLD - Office Copy

DEFECTS known to exist on completion of trip: *lift angled footer back*
*toward truck - milk sliding off lift under*
*truck*

Technician's Signature ........*[signature]*.................................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the
vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**　　　*Eric Fitton*
　　　　　　　　　　　　　　　　　　　Name (Please Print)
Date *9-25-00*　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Driver's Signature

GF-956 (6/00)

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_                Date _9-30-00_

Trailer No. _____                Mileage PM _126,523_   AM _126,039_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Water Level | ☐ |
| ☐ Oil Level | ☐ |
| ☐ Fuel (Level, Tank & Cap) | ☑ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☐ Air Hoses & Couplers | ☐ |
| ☐ Electric Lines to Tr. | |
| ☐ Fifth Wheel and Pin (position and lock) | |
| ☑ Drive Line | |
| ☑ Tire (Inflation, tread mating) | ☐ |
| ☑ Wheel & Lugs | ☑ |
| ☑ Springs & Hangers | ☑ |
| ☑ Body & Load | ☑ |
| ☑ Load Bars & Track | ☑ |
| ☐ Ramp W/A | ☐ |
| ☑ Battery Box Cover | ☐ |
| ☐ Mud Flaps | ☑ |

| 1 | 2 |
|---|---|
| ☑ License Plates | ☑ |
| ☑ Headlights | ☑ |
| ☑ Stop, Tail, License Plate Lights | ☑ |
| ☑ Clearance and Marker Lights | ☑ |
| ☑ Turn Signals and 4-Way Flasher | ☑ |
| ☑ Leaks | |
| ☑ Exhaust System | ☑ |
| ☐ Hub Oils | ☑ |
| ☐ Refers | ☑ |
| ☑ Review Previous Day Vehicle Condition Report | |
| ☑ I.C.C. Bumper & Tailgate | ✗ |
| ☑ Gauges | |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Low Air Buzzer | ☑ |
| ☑ Oil Pressure | ☑ |
| ☑ Air Pressure | ☑ |
| ☑ Volt Gauge | |
| ☑ Horn, Air and City | |
| ☑ Windshield & Windows (Glazing or Cracked) | |
| ☑ Windshield Wipers | ☑ |
| ☑ Parking Brakes | |
| ☑ Service Brakes | |
| ☑ Clutch and Transmission | |
| ☑ Steering | |
| ☑ Speedometer | |
| ☑ Rear Vision Mirrors | |
| ☑ Other Items | |
| ☑ Registration and Fuel Permits | ☑ |
| ☑ Federal Inspection Sticker | ✗ |
| ☐ Air Conditioner | |
| ☑ Fire Ext., Warning Devices Chock Blocks | |

_Adjust as Needed_
_Repair as Needed_

STiCKER OK NOV 00

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: (1) _Tailgate Drops By itself!_ (2) _Inspection Sticker Runs out Tomorrow._ (3) _Engine Run like a 4 cylinder in need of a Tune up_ (4) _Seat Belt Post loose, Please Tighten! - Tightened as Needed_

Technician's Signature _____

_Front Left 4 Wheel Hose Replaced Air Filter_

_Need New Inner Belt Keeper._

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED

Date _10-1-00_

Name (Please Print) _Kenneth R Mercer_

Driver's Signature _Kenneth R Mercer_

GF-966 (6/00)

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_          Date _10/31_

Trailer No. _____          Mileage PM _1301.7_ AM _1295.1_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

## CHECKLIST

| BEFORE STARTING ENGINE | 1 | 2 | 1 | 2 | IN CAB AFTER STARTING ENGINE | 1 | 2 |
|---|---|---|---|---|---|---|---|

**BEFORE STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Water Level | ✓ | ✓ |
| Oil Level | ✓ | ✓ |
| Fuel (Level, Tank & Cap) | ✓ | ✓ |

**OUT OF CAB AFTER STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Air Hoses & Couplers | ☐ | ☐ |
| Electric Lines to Trailer | ☐ | ☐ |
| Fifth Wheel and Pin (position and lock) | ☐ | ☐ |
| Drive Line | ✓ | ✓ |
| Tire (Inflation, tread mating) | ✓ | ✓ |
| Wheel & Lugs | ✓ | ✓ |
| Springs & Hangers | ✓ | ✓ |
| Body & Load | ✓ | ✓ |
| Load Bars & Track | ✓ | ✓ |
| Ramp W/A | ✓ | ✓ |
| Battery Box Cover | ✓ | ✓ |
| Mud Flaps | ✓ | ✓ |

| | 1 | 2 |
|---|---|---|
| License Plates | ✓ | ✓ |
| Headlights | ✓ | ✓ |
| Stop, Tail, License Plate Lights | ✓ | ✓ |
| Clearance and Marker Lights | ✓ | ☐ |
| Turn Signals and 4-Way Flasher | ✓ | ✓ |
| Reflectors | ✓ | ✓ |
| Engine | ✓ | (X) |
| Fuel System | ✓ | ✓ |
| Cooling System | ✓ | ✓ |
| Leaks | ✓ | ☐ |
| Exhaust System | ✓ | ✓ |
| Hub Oils | ✓ | ✓ |
| Heters | ✓ | ✓ |
| Review Previous Day Vehicle Condition Report | ✓ | ✓ |
| I.C.C. Bumper & Tailgate | ✓ | ✓ |
| Gauges | ✓ | ✓ |

**IN CAB AFTER STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Low Air Buzzer | ✓ | ☐ |
| Oil Pressure | ✓ | ✓ |
| Air Pressure | ✓ | ✓ |
| Volt Gauge | ✓ | ✓ |
| Horn, Air and City | ✓ | ✓ |
| Windshield & Windows (Glazing or Cracked) | ✓ | ☐ |
| Windshield Wipers | ✓ | ✓ |
| Parking Brakes | ✓ | ✓ |
| Service Brakes | ✓ | ✓ |
| Clutch and Transmission | ✓ | ✓ |
| Steering | ✓ | ✓ |
| Speedometer | ✓ | ✓ |
| Rear Vision Mirrors | ✓ | ✓ |
| Other Items | X | X |
| Registration and Fuel Permits | ✓ | ☐ |
| Federal Inspection Sticker | ✓ | ✓ |
| Air Conditioner | ✓ | ✓ |
| Fire Ext., Warning Devices Chock Blocks | ✓ | ✓ |

_Adjustment of Release Valve on Lift seems ok_
_Please Come into The Garage To Explain in detail The Problem_

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

_If you have Time, our Diagnostic computer is not working Right know, if The "No Power" Problem persist keep writing it up and we will repair it as soon as our computer is fixed_

DEFECTS known to exist on completion of trip: _LIFT GATE DROPS Down while Loading Stacks, Right Rear Top of Box Has Gash, Truck Sputters Climbing Hills_

Technician's Signature _No Power._

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**

Name (Please Print) _Michael R Greene_

Date _____

Driver's Signature

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. *2275* ............................................  Date *11-4-00* ..........................

Trailer No. ........................................................... Mileage
PM...................................................
AM...................................................

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☑ Water Level | | ☐ |
| ☑ Oil Level | | ☐ |
| ☐ Fuel (Level, Tank & Cap) | | ☐ |

**OUT OF CAB
AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☐ Air Hoses & Couplers | | ☐ |
| ☐ Electric Lines to Trailer | | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | | ☐ |
| ☑ Drive Line | | ☐ |
| ☑ Tire (Inflation, tread mating) | | ☐ |
| ☑ Wheel & Lugs | | ☐ |
| ☑ Springs & Hangers | | ☐ |
| ☑ Body & Load | | ☐ |
| ☑ Load Bars & Track | | ☐ |
| ☐ Ramp W/A | | ☐ |
| ☐ Battery Box Cover | | ☐ |
| ☑ Mud Flaps | | ☐ |

| 1 | | 2 |
|---|---|---|
| ☑ Liscense Plates | | ☐ |
| ☑ Headlights | | ☐ |
| ☑ Stop, Tail, Liscense Plate Lights | | ☐ |
| ☑ Clearance and Marker Lights | | ☐ |
| ☑ Turn Signals and 4-Way Flasher | | ☐ |
| ☑ Reflectors | | ☐ |
| ☑ Engine | | ☐ |
| ☑ Fuel System | | ☐ |
| ☑ Cooling System | | ☐ |
| ☑ Leaks | | ☐ |
| ☑ Exhaust System | | ☐ |
| ☑ Hub Oils | | ☐ |
| ☑ Refers | | ☐ |
| ☑ Review Previous Day Vehicle Condition Report | | ☐ |
| ☑ I.C.C. Bumper & Tailgate | | ☐ |
| ☑ Gauges | | ☐ |

**IN CAB
AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ☑ Low Air Buzzer | | ☐ |
| ☑ Oil Pressure | | ☐ |
| ☑ Air Pressure | | ☐ |
| ☑ Volt Gauge | | ☐ |
| ☑ Horn, Air and City | | ☐ |
| ☑ Windshield & Windows (Glazing or Cracked) | | ☐ |
| ☑ Windshield Wipers | | ☐ |
| ☑ Parking Brakes | | ☐ |
| ☑ Service Brakes | | ☐ |
| ☑ Clutch and Transmission | | ☐ |
| ☑ Steering | | ☐ |
| ☑ Speedometer | | ☐ |
| ☑ Rear Vision Mirrors | | ☐ |
| ☑ Other Items | | ☐ |
| ☑ Registration and Fuel Permits | | ☐ |
| ☑ Federal Inspection Sticker | | ☐ |
| ☑ Air Conditioner | | ☐ |
| ☑ Fire Ext., Warning Devices Chock Blocks | | ☐ |

(2) Adj. LiFT Flow valve
3) Replaced driver w/ Blade .
4) Replaced Seat Belt.

WHITE - Original to Fleet Manager      YELLOW - Vehicle Copy      PINK - Driver Copy      GOLD - Office Copy

5 Replaced small O-Rings for oil Lline

DEFECTS known to exist on completion of trip: *Engine leaking oil / wiper need replacing / Lift gate slowly lowers by itself / Truck does not have the power it should / Brun seat belt needs to be fixed*

Technician's Signature........................................................................

........................................................................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**

Date *11/4/00*

*Robert Houle*
Name (Please Print)

*Robert Houle*
Driver's Signature

GF-966 (6/00)

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_          Date _10/31_   PM _1301_

Trailer No. ..................................................   Mileage _129566_   AM

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

## CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | 2 | 1 | 2 |
|---|---|---|---|
| ✓ Water Level | ✓ | ✓ License Plates | ✓ |
| ✓ Oil Level | ✓ | ✓ Headlights | ✓ |
| ✓ Fuel (Level, Tank & Cap) | ✓ | ✓ Stop, Tail, License Plate Lights | ✓ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☐ Air Hoses & Couplers | ☐ |
| ☐ Electric Lines to Trailer | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ |
| ✓ Drive Line | ✓ |
| ✓ Tire (Inflation, tread mating) | ✓ |
| ✓ Wheel & Lugs | ✓ |
| ✓ Springs & Hangers | ✓ |
| ✓ Body & Load | ✓ |
| ✓ Load Bars & Track | ✓ |
| ✓ Ramp W/A | ✓ |
| ✓ Battery Box Cover | ✓ |
| ✓ Mud Flaps | ✓ |

| 1 | 2 |
|---|---|
| ✓ Clearance and Marker Lights | ✓ |
| ✓ Turn Signals and 4-Way Flasher | ✓ |
| ✓ Reflectors | ✓ |
| ✓ Engine | (X) |
| ✓ Fuel System | X |
| ✓ Cooling System | ✓ |
| ✓ Leaks | ✓ |
| ✓ Exhaust System | ✓ |
| ✓ Hub Oils | ✓ |
| ✓ Refers | ✓ |
| ✓ Review Previous Day Vehicle Condition Report | |
| ✓ I.C.C. Bumper & Tailgate | ✓ |
| ✓ Gauges | |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ✓ Low Air Buzzer | ✓ |
| ✓ Oil Pressure | ✓ |
| ✓ Air Pressure | ✓ |
| ✓ Volt Gauge | ✓ |
| ✓ Horn, Air and City | ✓ |
| ✓ Windshield & Windows (Glazing or Cracked) | ✓ |
| ✓ Windshield Wipers | ✓ |
| ✓ Parking Brakes | ✓ |
| ✓ Service Brakes | ✓ |
| ✓ Clutch and Transmission | ✓ |
| ✓ Steering | ✓ |
| ✓ Speedometer | ✓ |
| ✓ Rear Vision Mirrors | ✓ |
| X Other Items | X |
| ✓ Registration and Fuel Permits | ✓ |
| ✓ Federal Inspection Sticker | ✓ |
| ✓ Air Conditioner | ✓ |
| ✓ Fire Ext., Warning Devices | ✓ |
| Chock Blocks | |

Adjustment of Release Valve on Lift seems ok
Please Come into The Garage To Explain in deTail The Problem
If you have Time, Our Diagnostic computer is noT working
Right know, if The "No Power" Problem Persists keep writing it up and we will
repair it as soon as our computer is fixed

DEFECTS known to exist on completion of trip: _LIFT GATE DROPS Down_
_while Loading STACKS, Right Rear ToP OF BOX_
_HAS GASH, TRuck SPuTTeRs ClimBing Hills_

Technician's Signature _NO Power._

WHITE - Original to Fleet Manager      YELLOW - Vehicle Copy      PINK - Driver Copy      GOLD - Office Copy

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**

Date..................................................

Name (Please Print)  _MICHAEL R Gregg_

Driver's Signature  _Michael R Gregg_

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _22-75_          Date _3-21-02_

Trailer No. ..............................          Mileage PM _143355_  AM _143037_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Water Level | ☐ |
| ☑ Oil Level | ☐ |
| ☑ Fuel (Level, Tank & Cap) | ☐ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Air Hoses & Couplers | ☐ |
| ☑ Electric Lines to Trailer | ☐ |
| ☑ Fifth Wheel and Pin (position and lock) | ☐ |
| ☑ Drive Line | ☑ |
| ☑ Tire (Inflation, tread mating) | ☑ |
| ☑ Wheel & Lugs | ☑ |
| ☑ Springs & Hangers | ☑ |
| ☑ Body & Load | ☑ |
| ☑ Load Bars & Track | ☑ |
| ☑ Ramp W/A | ✗ |
| ☑ Battery Box Cover | ✗ |
| ☑ Mud Flaps | ☑ |

**IN CAB**

| 1 | 2 |
|---|---|
| ☑ Lisense Plates | ☑ |
| ☑ Headlights | ☑ |
| ☑ Stop, Tail, Liscense Plate Lights | ☑ |
| ☑ Clearance and Marker Lights | ☑ |
| ☑ Turn Signals and 4-Way Flasher | ☑ |
| ☑ Reflectors | ☑ |
| ☑ Engine | ☑ |
| ☑ Fuel System | ☑ |
| ☑ Cooling System | ☑ |
| ☑ Leaks | ☑ |
| ☑ Exhaust System | ☑ |
| ☑ Hub Oils | ☑ |
| ☑ Refers | ☑ |
| ☑ Review Previous Day's Vehicle Condition Report | |
| ☑ I.C.C. Bumper & Tailgate | ☑ |
| ☑ Gauges | ☑ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Low Air Buzzer | ☑ |
| ☑ Oil Pressure | ☑ |
| ☑ Air Pressure | ☑ |
| ☑ Volt Gauge | ☑ |
| ☑ Horn, Air and City | ☑ |
| ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☑ Windshield Wipers | ☑ |
| ☑ Parking Brakes | ☑ |
| ☑ Service Brakes | ☑ |
| ☑ Clutch and Transmission | ☑ |
| ☑ Steering | ☑ |
| ☑ Speedometer | ☑ |
| ☑ Rear Vision Mirrors | ☑ |
| ☑ Other Items | ☑ |
| ☑ Registration and Fuel Permits | ☑ |
| ☑ Federal Inspection Sticker | ☑ |
| ☑ Air Conditioner | ☑ |
| ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |

1) welDeD Broken liftgate ARM BRACKET On left side  2) RePlaceD Left siDe pins for liftgate ARM

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

3) RePlaceD ADJusTmenT Bolt @ ADJusTeD liftgate

DEFECTS known to exist on completion of trip: _Lift Broke._

Technician's Signature ....................................................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

ABOVE DEFECTS CORRECTED

Date _3/21/2002_

_Armand B Baloin_

Name (Please Print) _Jan Carlson_

Driver's Signature _Jan Carlson_

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _22-75_  Date _3/20/02_

Trailer No. _____  Mileage PM _194158_  AM _193852_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Water Level | ☑ |
| ☑ Oil Level | ☑ |
| ☑ Fuel (Level, Tank & Cap) | ☑ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☐ Air Hoses & Couplers | ☐ |
| ☐ Electric Lines to Trailer | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ |
| ☑ Drive Line | ☑ |
| ☑ Tire (Inflation, tread mating) | ☑ |
| ☑ Wheel & Lugs | ☑ |
| ☑ Springs & Hangers | ☑ |
| ☑ Body & Load | ☑ |
| ☑ Load Bars & Track | ☑ |
| ☑ Ramp W/A | ☑ |
| ☑ Battery Box Cover | ☑ |
| ☑ Mud Flaps | ☑ |

① Replaced Sand Filter

② Replaced Lift Battery

| 1 | 2 |
|---|---|
| ☑ Liscense Plates | ☑ |
| ☑ Headlights | ☑ |
| ☑ Stop, Tail, Liscense Plate Lights | ☑ |
| ☑ Clearance and Marker Lights | ☑ |
| ☑ Turn Signals and 4-Way Flasher | ☑ |
| ☑ Reflectors | ☑ |
| ☑ Engine | ☑ |
| ☑ Fuel System | ☑ |
| ☑ Cooling System | ☑ |
| ☑ Leaks | ☑ |
| ☑ Exhaust System | ☑ |
| ☑ Hub Oils | ☑ |
| ☑ Refers | ☑ |
| ☑ Review Previous Day's Vehicle Condition Report | |
| ☑ I.C.C. Bumper & Tailgate | ☑ |
| ☑ Gauges | ☑ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| ☑ Low Air Buzzer | ☑ |
| ☑ Oil Pressure | ☑ |
| ☑ Air Pressure | ☑ |
| ☑ Volt Gauge | ☒ |
| ☑ Horn, Air and City | ☑ |
| ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☑ Windshield Wipers | ☑ |
| ☑ Parking Brakes | ☑ |
| ☑ Service Brakes | ☑ |
| ☑ Clutch and Transmission | ☑ |
| ☑ Steering | ☑ |
| ☑ Speedometer | ☑ |
| ☑ Rear Vision Mirrors | ☑ |
| ☑ Other Items | ☑ |
| ☑ Registration and Fuel Permits | ☑ |
| ☑ Federal Inspection Sticker | ☑ |
| ☑ Air Conditioner | ☑ |
| ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: _lift has a leak_

_Please replace Battery_

Technician's Signature _____

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**

Date _3/27/02_

Name (Please Print) _Jon Carlson_

Driver's Signature _Jon Carlson_

Unit 2275   Mileage 199669   Hours _____   Date 3/23/02

**Complete 100% of the work 100% of the time!**

| # | Follow Up Task | Time | Tech # | Parts Y/N |
|---|---|---|---|---|
| 1 | JVCR Lift Leak | .15 | 450 | Y |
| 2 | Low air Buzzer on at 20 PSI silent | .20 | 450 | Y |
| 3 | Dash Lights out | .20 | 450 | Y |
| 4 | Air Horn Weak | | | |
| 5 | Seat Ripped Driver Side | | | |
| 6 | Door Switch for dome light Inop Driver Side | .50 | 450 | |
| 7 | Hole in Box Right Rear Top | | | |
| 8 | yoke Just After The Carrier Bearing is loose | .75 | 450 | Y |
| 9 | All Batteries load Tested below 9.5 Volts within 5 seconds | .75 | 450 | Y |
| 10 | Coolant Heater Hose from Pump To Heater Core has a Pinhole leak | 1.5 | 450 | Y |
| 11 | Adjusted Lift Release Valve | .15 | 450 | Y |
| 12 | Replaced Sand Filter in Lift Piston | .15 | 450 | Y |
| 13 | The Guy lost His Lift Pump Box Thumb Screws Split Had To Find Some, Used Phillips machine screws | .15 | 450 | Y |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10/12/00

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_    Date _11-30-55t_

Trailer No. ____    Mileage PM _23.53.16_  AM _23.53.90_

_74 mile_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

| BEFORE STARTING ENGINE | 1 | 2 |
|---|---|---|
| Water Level | | ☐ |
| Oil Level | | ☐ |
| Fuel (Level, Tank & Cap) | | ☐ |

| OUT OF CAB / AFTER STARTING ENGINE | 1 | 2 |
|---|---|---|
| Air Hoses & Couplers | | ☐ |
| Electric Lines to Trailer | | ☐ |
| Fifth Wheel and Pin (position and lock) | | ☐ |
| Drive Line | ☑ | |
| Tire (Inflation, tread mating) | ☑ | ☑ |
| Wheel & Lugs | ☑ | |
| Springs & Hangers | ☑ | ☑ |
| Body & Load | ☑ | ☑ |
| Load Bars & Track | ☑ | ☑ |
| Ramp W/A | ☐ | |
| Battery Box Cover | ☑ | |
| Mud Flaps | ☑ | ☑ |

_Adj Lift + door opneator_

| | 1 | 2 |
|---|---|---|
| License Plates | ☑ | ☑ |
| Headlights | ☑ | ☑ |
| Stop, Tail, License Plate Lights | ☑ | ☑ |
| Clearance and Marker Lights | ☑ | ☑ |
| Turn Signals and 4-Way Flasher | ☑ | ☑ |
| Reflectors | ☑ | ☑ |
| Engine | ☑ | ☑ |
| Fuel System | ☑ | ☑ |
| Cooling System | ☑ | ☑ |
| Leaks | ☑ | ☑ |
| Exhaust System | ☑ | |
| Hub Oils | ☑ | |
| Refers | ☑ | ☑ |
| Review Previous Day Vehicle Condition Report | ☑ | ☑ |
| I.C.C. Bumper & Tailgate | ☑ | ☑ |
| Gauges | ☑ | ☑ |

| IN CAB / AFTER STARTING ENGINE | 1 | 2 |
|---|---|---|
| Low Air Buzzer | ☑ | ☑ |
| Oil Pressure | ☑ | ☑ |
| Air Pressure | ☑ | ☑ |
| Volt Gauge | ☑ | ☑ |
| Horn, Air and City | ☑ | ☑ |
| Windshield & Windows (Glazing or Cracked) | ☑ | ☑ |
| Windshield Wipers | ☑ | ☑ |
| Parking Brakes | ☑ | ☑ |
| Service Brakes | ☑ | ☑ |
| Clutch and Transmission | ☑ | ☑ |
| Steering | ☑ | ☑ |
| Speedometer | ☑ | ☑ |
| Rear Vision Mirrors | ☑ | ☑ |
| Other Items | ☑ | ☑ |
| Registration and Fuel Permits | ☑ | ☑ |
| Federal Inspection Sticker | ☑ | ☑ |
| Air Conditioner | ☑ | ☑ |
| Fire Ext., Warning Devices Chock Blocks | ☑ | ☑ |

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: _Lift Gate Needs to building_  _- Box Door - Too Hard to open_

Technician's Signature. ____

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

ABOVE DEFECTS CORRECTED

Date _11-30-02_

Name (Please Print) _Bill Losski_

Driver's Signature

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_   Date _1-22-03_

Trailer No. _____   Mileage   PM _373233_   AM _373625_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| Water Level | | |
| Oil Level | | |
| Fuel (Level, Tank & Cap) | | |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| Air Hoses & Couplers | | |
| Electric Lines to Trailer | | |
| Fifth Wheel and Pin (position and lock) | | |
| Drive Line | | |
| Tire (Inflation, tread mating) | | |
| Wheel & Lugs | | |
| Springs & Hangers | | |
| Body & Load | | |
| Load Bars & Track | | |
| Ramp W/A | | |
| Battery Box Cover | | |
| Mud Flaps | | |

| 1 | | 2 |
|---|---|---|
| Liscense Plates | | |
| Headlights | | |
| Stop, Tail, Liscense Plate Lights | | |
| Clearance and Marker Lights | | |
| Turn Signals and 4-Way Flasher | | |
| Reflectors | | |
| Engine | | |
| Fuel System | | |
| Cooling System | | |
| Leaks | | |
| Exhaust System | | |
| Hub Oils | | |
| Refers | | |
| Review Previous Day Vehicle Condition Report | | |
| I.C.C. Bumper & Tailgate | | |
| Gauges | | |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| Low Air Buzzer | | |
| Oil Pressure | | |
| Air Pressure | | |
| Volt Gauge | | |
| Horn, Air and City | | |
| Windshield & Windows (Glazing or Cracked) | | |
| Windshield Wipers | | |
| Parking Brakes | | |
| Service Brakes | | |
| Clutch and Transmission | | |
| Steering | | |
| Speedometer | | |
| Rear Vision Mirrors | | |
| Other Items | | |
| Registration and Fuel Permits | | |
| Federal Inspection Sticker | | |
| Air Conditioner | | |
| Fire Ext., Warning Devices Chock Blocks | | |

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: _Spring For Lift handle Broken Lift goes down to Easy Sometimes By itself one one is going to get hurT !!!!!_

Technician's Signature _Repaired liftgate_

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

✓ ABOVE DEFECTS CORRECTED    Name (Please Print) _Ken Freestone_

Date _1-22-02_    Driver's Signature _____

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_    Date _4-2-03_

Trailer No. ..........................    Mileage PM _255,168_ AM _255,598_

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) if unsatisfactory, and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ✓ | Water Level | ✓ |
| ✓ | Oil Level | ✓ |
| ✓ | Fuel (Level, Tank & Cap) | ✓ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| | Air Hoses & Couplers | ☐ |
| | Electric Lines to Trailer | ☐ |
| | Fifth Wheel and Pin (position and lock) | ☐ |
| ✓ | Drive Line | ✓ |
| ✓ | Tire (Inflation, tread mating) | ✓ |
| ✓ | Wheel & Lugs | ✓ |
| ✓ | Springs & Hangers | ✓ |
| ✓ | Body & Load | X |
| ✓ | Load Bars & Track | ✓ |
| | Ramp W/A | ☐ |
| ✓ | Battery Box Cover | ✓ |
| ✓ | Mud Flaps | ✓ |

| 1 | | 2 |
|---|---|---|
| ✓ | Liscense Plates | ✓ |
| ✓ | Headlights | ✓ |
| ✓ | Stop, Tail, Liscense Plate Lights | ✓ |
| ✓ | Clearance and Marker Lights | ✓ |
| ✓ | Turn Signals and 4-Way Flasher | ✓ |
| ✓ | Reflectors | ✓ |
| ✓ | Engine | ✓ |
| ✓ | Fuel System | ✓ |
| ✓ | Cooling System | ✓ |
| ✓ | Leaks | ✓ |
| ✓ | Exhaust System | ✓ |
| ✓ | Hub Oils | ✓ |
| ✓ | Refers | ✓ |
| ✓ | Review Previous Days Vehicle Condition Report | |
| ✓ | I.C.C. Bumper & Tailgate | X |
| ✓ | Gauges | ✓ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | | 2 |
|---|---|---|
| ✓ | Low Air Buzzer | ✓ |
| ✓ | Oil Pressure | ✓ |
| ✓ | Air Pressure | ✓ |
| ✓ | Volt Gauge | ✓ |
| ✓ | Horn, Air and City | ✓ |
| ✓ | Windshield & Windows (Glazing or Cracked) | |
| ✓ | Windshield Wipers | ✓ |
| ✓ | Parking Brakes | ✓ |
| ✓ | Service Brakes | ✓ |
| ✓ | Clutch and Transmission | ✓ |
| ✓ | Steering | |
| ✓ | Speedometer | |
| ✓ | Rear Vision Mirrors | |
| ✓ | Other Items | X |
| ✓ | Registration and Fuel Permits | |
| ✓ | Federal Inspection Sticker | |
| ✓ | Air Conditioner | |
| ✓ | Fire Ext., Warning Devices Chock Blocks | ✓ |

1) Replaced 3 Rear Door Rollers And Lube Door
2) Adjusted Liftgate. Welded to Crack on BothSide of Lift E
3) Replaced Liftgate Battery. 4) Replaced Clutch Brake Slave is Charging Fine Rear Door Needs New Rollers
5) Liftgate Needs Adjustment. It tilts down to much, product slides Liftgate extension seems like it's going to fall off, very loose, With truck shut down inside box lights are almost way out. Also Ligtgate won't work, check Batteries, charging Syste And Wire Connections.

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: ..........................

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

Technician's Signature ..........................

☐ ABOVE DEFECTS CORRECTED

Date _4/2/2003_

_B Nelson_

Name (Please Print) _Roy McGlashing_

Driver's Signature _Roy McGlashing_

THANK You.

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _2275_         Date _8-19-03_

Trailer No. _____         Mileage PM _____ AM _____

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

1                    2
- Water Level
- Oil Level
- Fuel (Level, Tank & Cap)

**OUT OF CAB**
**AFTER STARTING ENGINE**

- Air Hoses & Couplers
- Electric Lines to Trailer
- Fifth Wheel and Pin (position and lock)
- Drive Line
- Tire (Inflation, tread mating)
- Wheel & Lugs
- Springs & Hangers
- Body & Load
- Load Bars & Track
- Ramp W/A
- Battery Box Cover
- Mud Flaps

1                    2
- Liscense Plates
- Headlights
- Stop, Tail, License Plate Lights
- Clearance and Marker Lights
- Turn Signals and 4-Way Flasher
- Reflectors
- Engine
- Fuel System
- Cooling System
- Leaks
- Exhaust System
- Hub Oils
- Refers
- Review Previous Day Vehicle Condition Report
- J.C.C. Bumper & Tailgate  _LIFTGATE_
- Gauges

**IN CAB**
**AFTER STARTING ENGINE**

1                    2
- Low Air Buzzer
- Oil Pressure
- Air Pressure
- Volt Gauge
- Horn, Air and City
- Windshield & Windows (Glazing and Cracked)
- Windshield Wipers
- Parking Brakes
- Service Brakes
- Clutch and Transmission
- Steering
- Speedometer
- Rear Vision Mirrors
- Other Items
- Registration and Fuel Permits
- Federal Inspection Sticker
- Air Conditioner
- Fire Ext., Warning Devices Chock Blocks

Repaired Batt Problem ① Replaced all batt ② Replaced alt

WHITE - Original to Fleet Manager     YELLOW - Vehicle Copy     PINK - Driver Copy     GOLD - Office Copy

DEFECTS known to exist on completion of trip: _ABS Brake light is still on. Liftgate very slow when truck is shut down, also inside box lights get dim. Same write-up as on Monday 8-18 no response??? 2ND write-up._

Technician's Signature _Roy M(M)_

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

X **ABOVE DEFECTS CORRECTED**

Date _AUG 19, 03_

Name (Please Print) _Roy McGLASHING_

Driver's Signature _Roy McGlashing_

# Garelick Farms, Inc., Franklin, MA
## ~~DRIVER'S VEHICLE CONDITION REPORT~~

Truck or Tractor No. ........... *2275* ........... Date ........... *12-23-03*

Trailer No. ........... Mileage PM___ AM *278/51*

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

## CHECKLIST

| | | | | | |
|---|---|---|---|---|---|
| **BEFORE STARTING ENGINE** | | | | **IN CAB AFTER STARTING ENGINE** | |
| 1 | 2 | 1 | 2 | 1 | 2 |
| ☑ Water Level | ☑ | ☑ Liscense Plates | ☑ | ☑ Low Air Buzzer | ☑ |
| ☑ Oil Level | ☑ | ☑ Headlights | ☑ | ☑ Oil Pressure | ☑ |
| ☑ Fuel (Level, Tank & Cap) | ☑ | ☑ Stop, Tail, License Plate Lights | ☑ | ☑ Air Pressure | ☑ |
| | | ☑ Clearance and Marker Lights | ☑ | ☑ Volt Gauge | |
| **OUT OF CAB AFTER STARTING ENGINE** | | ☑ Turn Signals and 4-Way Flasher | ☑ | ☑ Horn, Air and City | |
| ☐ Air Hoses & Couplers | ☐ | ☑ Reflectors | ☑ | ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☐ Electric Lines to Trailer | ☐ | ☒ Engine | ☒ | ☑ Windshield Wipers | |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ | ☑ Fuel System | | ☑ Parking Brakes | |
| ☑ Drive Line | ☑ | ☑ Cooling System | ☑ | ☑ Service Brakes | |
| ☑ Tire (Inflation, tread mating) | ☑ | ☑ Leaks | ☑ | ☑ Clutch and Transmission | |
| ☑ Wheel & Lugs | | ☑ Exhaust System | ☑ | ☑ Steering | |
| ☑ Springs & Hangers | ☑ | ☑ Hub Oils | ☑ | ☑ Speedometer | |
| ☑ Body & Load | | ☑ Refers | ☑ | ☑ Rear Vision Mirrors | |
| ☑ Load Bars & Track | | ☑ Review Previous Day Vehicle Condition Report | ☑ | ☑ Other Items | |
| ☒ Ramp W/A *lift gate* | ☒ | ☑ I.C.C. Bumper & Tailgate | ☑ | ☑ Registration and Fuel Permits | |
| ☑ Battery Box Cover | | ☑ Gauges | ☑ | ☑ Federal Inspection Sticker | |
| ☑ Mud Flaps | ☑ | | | ☑ Air Conditioner | |
| | | | | ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |

*① Replaced lift Switch Cam mount and Solenoid*

*2) Replaced Injector #5*

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: *liftgate handle throw needs adjustment - Engine Skipping no power on hills (35-45 mph) (mass pike)*

Technician's Signature .........

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**    *1-5-04*

Date *12/26/2003*

Name (Please Print) *Mike McKay*

Driver's Signature *Michael A McKay*

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. _____ 2275 _____    Date _____ 10-27-03 _____

Trailer No. _____    Mileage    PM _____ 271662 _____    AM _____ 271469 _____

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

## CHECKLIST

### BEFORE STARTING ENGINE

| 1 | 2 |
|---|---|
| ☑ Water Level | ☑ |
| ☑ Oil Level | ☑ |
| ☑ Fuel (Level, Tank & Cap) | ☑ |

### OUT OF CAB
### AFTER STARTING ENGINE

| 1 | 2 |
|---|---|
| ☑ Air Hoses & Couplers | ☐ |
| ☐ Electric Lines to Trailer | ☐ |
| ☐ Fifth Wheel and Pin (position and lock) | ☐ |
| ☑ Drive Line | ☑ |
| ☑ Tire (Inflation, tread mating) | ☑ |
| ☑ Wheel & Lugs | ☑ |
| ☑ Springs & Hangers | ☑ |
| ☑ Body & Load | ☑ |
| ☑ Load Bars & Track | ☑ |
| ☐ Ramp W/A | ☐ |
| ☑ Battery Box Cover | ☑ |
| ☑ Mud Flaps | ☑ |

| 1 | 2 |
|---|---|
| ☑ Liscense Plates | ☑ |
| ☑ Headlights | ☑ |
| ☑ Stop, Tail, Liscense Plate Lights | ☑ |
| ☑ Clearance and Marker Lights | ☑ |
| ☑ Turn Signals and 4-Way Flasher | ☑ |
| ☑ Reflectors | ☑ |
| ☑ Engine | Ⓞ |
| ☑ Fuel System | Ⓞ |
| ☑ Cooling System | ☑ |
| ☑ Leaks | ☑ |
| ☑ Exhaust System | ☑ |
| ☑ Hub Oils | ☑ |
| ☑ Refers | ☑ |
| ☑ Review Previous Day Vehicle Condition Report | ☑ |
| ☑ I.C.C. Bumper & Tailgate | ☑ |
| ☑ Gauges | ☑ |

### IN CAB
### AFTER STARTING ENGINE

| 1 | 2 |
|---|---|
| ☑ Low Air Buzzer | ☑ |
| ☑ Oil Pressure | ☑ |
| ☑ Air Pressure | ☑ |
| ☑ Volt Gauge | ☑ |
| ☑ Horn, Air and City | ☐ |
| ☑ Windshield & Windows (Glazing or Cracked) | ☑ |
| ☑ Windshield Wipers | ☑ |
| ☑ Parking Brakes | ☑ |
| ☑ Service Brakes | Ⓞ |
| ☑ Clutch and Transmission | ☑ |
| ☑ Steering | ☑ |
| ☑ Speedometer | ☑ |
| ☑ Rear Vision Mirrors | ☑ |
| ☑ Other Items | Ⓞ |
| ☑ Registration and Fuel Permits | ☑ |
| ☑ Federal Inspection Sticker | ☑ |
| ☑ Air Conditioner | |
| ☑ Fire Ext., Warning Devices Chock Blocks | ☑ |

③ Replace Handle

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: Checks Injectors truck skips + loses power (like staving for fuel — ABS light is on — replace handle on driver seat for seat back adjustment (Broken Handle)

Technician's Signature _____ TJ Secor _____

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED    _____ Stephen Richard _____
Name (Please Print)

Date _____    _____ Stephen Richard _____
Driver's Signature

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. 2225   Date ____ 1 3 04 PM

Trailer No. ____   Mileage PM ____ AM 313352

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| 1 | 2 |
|---|---|
| Water Level | ✓ |
| Oil Level | ✓ |
| Fuel (Level, Tank & Cap) | ✓ |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| Air Hoses & Couplers | ☐ |
| Electric Lines to Trailer | ☐ |
| Fifth Wheel and Pin (position and lock) | ☐ |
| Drive Line | ✓ |
| Tire (Inflation, tread mating) | ✓ |
| Wheel & Lugs | ✓ |
| Springs & Hangers | ✓ |
| Body & Load | ✓ |
| Load Bars & Track | ✓ |
| Ramp W/A | ☐ |
| Battery Box Cover | ✓ |
| Mud Flaps | ✓ |

Replaced inside Box light

| 1 | 2 |
|---|---|
| License Plates | ✓ |
| Headlights | ✓ |
| Stop, Tail, License Plate Lights | ☐ |
| Clearance and Marker Lights | ✓ |
| Turn Signals and 4-Way Flasher | ✓ |
| Reflectors | ✓ |
| Engine | ✓ |
| Fuel System | ✓ |
| Cooling System | ✓ |
| Leaks | ✓ |
| Exhaust System | ✓ |
| Hub Oils | ✓ |
| Refers | ✓ |
| Review Previous Day Vehicle Condition Report | |
| I.C.C. Bumper & Tailgate | |
| Gauges | ✓ |

**IN CAB**
**AFTER STARTING ENGINE**

| 1 | 2 |
|---|---|
| Low Air Buzzer | ☐ |
| Oil Pressure | ✓ |
| Air Pressure | ✓ |
| Volt Gauge | ✓ |
| Horn, Air and City | ✓ |
| Windshield & Windows (Glazing or Cracked) | ✓ |
| Windshield Wipers | ✓ |
| Parking Brakes | ✓ |
| Service Brakes | ✓ |
| Clutch and Transmission | ✓ |
| Steering | ✓ |
| Speedometer | ✓ |
| Rear Vision Mirrors | ✓ |
| Other Items | ✓ |
| Registration and Fuel Permits | ✓ |
| Federal Inspection Sticker | ✓ |
| Air Conditioner | ✓ |
| Fire Ext., Warning Devices Chock Blocks | ✓ |

Replaced lift Switch Cam Mount and Solenoid

WHITE - Original to Fleet Manager    YELLOW - Vehicle Copy    PINK - Driver Copy    GOLD - Office Copy

DEFECTS known to exist on completion of trip: Out inside box light lift lever, lift does not always go up. __

Technician's Signature ____

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☐ **ABOVE DEFECTS CORRECTED**

Date 1-3-04

Name (Please Print) ____

Driver's Signature ____

# Garelick Farms, Inc., Franklin, MA
## DRIVER'S VEHICLE CONDITION REPORT

Truck or Tractor No. 22-76 ............. Date 1-6-05 .........

Trailer No. ..................................................... Mileage PM. 284758
                                                               AM. 287610

The driver will inspect the following items prior to departure on each trip, Column 1, and Check (✓) if satisfactory; check (X) and elaborate under "Remarks" if unsatisfactory, and have corrected prior to departure. Column 2 is to be checked off upon completion of each trip. The shop repairman will circle and initial the (X) checks after the defect has been corrected.

### CHECKLIST

**BEFORE STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Water Level | ☐ | |
| Oil Level | ☐ | |
| Fuel (Level, Tank & Cap) | ☑ | |

**OUT OF CAB**
**AFTER STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Air Hoses & Couplers | ☐ | |
| Electric Lines to Trailer | ☐ | |
| Fifth Wheel and Pin (position and lock) | ☐ | |
| Drive Line | ☑ | |
| Tire (Inflation, tread mating) | ☑ | |
| Wheel & Lugs | ☑ | |
| Springs & Hangers | ☑ | |
| Body & Load | ☑ | |
| Load Bars & Track | ☑ | |
| Ramp W/A | ☐ | |
| Battery Box Cover | ☑ | |
| Mud Flaps | ☑ | |

| | 1 | 2 |
|---|---|---|
| Liscense Plates | ☑ | ☑ |
| Headlights | ☑ | ☑ |
| Stop, Tail, Liscense Plate Lights | ☑ | ☑ |
| Clearance and Marker Lights | ☑ | ☑ |
| Turn Signals and 4-Way Flasher | ☑ | ☑ |
| Reflectors | ☑ | ☑ |
| Engine | ☑ | ☑ |
| Fuel System | ☑ | ☑ |
| Cooling System | ☑ | ☑ |
| Leaks | ☑ | ☑ |
| Exhaust System | ☑ | ☒ |
| Hub Oils | ☑ | ☑ |
| Refers | ☑ | ☑ |
| Review Previous Day Vehicle Condition Report | ☑ | ☑ |
| I.C.C. Bumper & Tailgate | ☑ | ☑ |
| Gauges | ☑ | ☑ |

**IN CAB**
**AFTER STARTING ENGINE**

| | 1 | 2 |
|---|---|---|
| Low Air Buzzer | ☑ | ☑ |
| Oil Pressure | ☑ | ☑ |
| Air Pressure | ☑ | ☑ |
| Volt Gauge | ☑ | ☑ |
| Horn, Air and City | ☑ | ☑ |
| Windshield & Windows (Glazing or Cracked) | ☑ | ☑ |
| Windshield Wipers | ☑ | ☑ |
| Parking Brakes | ☑ | ☑ |
| Service Brakes | ☑ | ☑ |
| Clutch and Transmission | ☑ | ☑ |
| Steering | ☑ | ☑ |
| Speedometer | ☑ | ☑ |
| Rear Vision Mirrors | ☑ | ☑ |
| Other Items | ☑ | ☑ |
| Registration and Fuel Permits | ☑ | ☑ |
| Federal Inspection Sticker | ☑ | ☑ |
| Air Conditioner | ☑ | ☑ |
| Fire Ext., Warning Devices Chock Blocks | ☑ | ☑ |

WHITE - Original to Fleet Manager     YELLOW - Vehicle Copy     PINK - Driver Copy     GOLD - Office Copy

DEFECTS known to exist on completion of trip: EXHAUST LEAK, TRUCK REAL Loud.

Technician's Signature Ken BAlown
replacez flex pipe + 2 clamps

I certify that all known defects on this vehicle were corrected prior to my departure on this trip and the vehicle meets the safety requirements as set forth in D.O.T. Safety Regulations, Section 396.

☑ ABOVE DEFECTS CORRECTED

Date 1/7/05

WAYNE HARINGA
Name (Please Print)

Wayne Haringa
Driver's Signature