# EXHIBIT "F"

```
SH115201                         R Y D E R   T R U C K   R E N T A L,   I N C.                    PAGE    0001
*** VEHICLE J. 332065 ***                        VEHICLE CONTROL CARD                         RUN DATE: 03/30/04

REPAIR ORDER  REPAIR ORDER  ODOMETER  REPAIR
    DATE         NUMBER                REASON       TASK              DESCRIPTION                     LOCATION

 03/25/04       0909409       286599     38      042 004 001   REPLACE WATER PUMP ASSEMBLY              000758
                                                 045 003 051   REPLACE SEAL- DUST, CRANKSHAFT, FRONT    000758
                                                 045 005 001   REPLACE HARMONIC BALANCER                000758
 03/18/04       0907793       286220     11      013 000 000   INSPECT BRAKES                           000758
                                                 023 001 001   REPAIR PEDAL - CLUTCH                    000758
 03/16/04       0204900       000011     00      043 000 000   REPAIR EXHAUST SYSTEM                    000758
                                                 044 000 000   REPAIR FUEL SYSTEM                       000758
 03/16/04       0907187       285928     11      023 001 001   REPLACE PEDAL - CLUTCH                   000758
 03/15/04       0907060       285770     11      045 002 001   REPAIR CYLINDER BLOCK                    000758
 03/10/04       0905255       284881     11      013 010 003   REPLACE AIR LINES (NON-METALL            000758
                                                 043 004 012   REPAIR TURBOCHARGER OIL LINE             000758
                                                 053 000 000   EXPENDABLE ITEMS                         000758
 03/09/04       0905599       285120     38      002 010 015   REPLACE MIRROR HEAD, LH                  000758
                                                 042 004 017   REPLACE HOSES - WATER OUTLET SLEEVE      000758
                                                 043 004 012   REPLACE TURBOCHARGER OIL LINE            000758
                                                 053 000 000   EXPENDABLE ITEMS                         000758
                                                 121 000 000   INSPECT ADD ENGINE OIL                   000758
                                                 122 000 000   INSPECT ADD ANTIFREEZE                   000758
 03/08/04       0905107       284882     04      121 000 000   INSPECT ADD ENGINE OIL                   000758
 03/03/04       0904276       284484     11      002 018 006   REPAIR DOOR STRICKER                     000758
                                                 013 002 012   REPLACE REAR BRAKE SHOE & LIN            000758
                                                 034 001 008   REPAIR DIMMER CONTROL SWITCH             000758
                                                 043 004 001   REPAIR TURBOCHARGER COMPRESS             000758
 02/17/04       0899624       248405     04      023 002 001   REPAIR CLUTCH                            000758
                                                 032 001 001   REPLACE BATTERY                          000758
                                                 042 002 001   REPAIR RADIATOR CORE & TANK              000758
                                                 044 000 000   FUEL SYSTEM                              000758
                                                 102 107 000   INSPECT 'B' PM WITH OIL AND F            000567
 01/28/04       0205890       281605     11      045 000 000   INSPECT POWER PLANT                      000758
 01/27/04       0895570       281603     38      042 000 000   COOLING SYSTEM                           000758
                                                 045 012 004   REPLACE GASKETS - OIL COOLER             000758
 01/24/04       0894975       281584     11      044 001 011   REPAIR LINES, FUEL                       000758
 01/22/04       0894396       279600     04      049 001 001   REPAIR ELECTRONIC ENGINE CONTROL ASSEMBLY 000758
 01/06/04       0890151       279521     11      055 003 008   REPLACE SWITCH-SOLENOID, CONTROL, POWER TAIL GATE 000758
 01/02/04       0889265       279242     38      044 000 000   FUEL SYSTEM                              000758
                                                 049 002 001   REPLACE ELECTRONIC INJECTOR ASSEMBLY     000758
 12/30/03       0888614       279335     38      001 000 000   A/C, HEAT & VENT                         000755
```

SH110R01                                    R Y D E R   T R U C K   R E N T A L,  I N C.                         PAGE     0002
**** VEHICLE: 3332065 ****                        VEHICLE CONTROL CARD                                  RUN DATE: 03/30/04

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 12/25/03 | 0888105 | 278150 | 11 | 042 003 009 | REPLACE BRACKET - IDLER PULLEY | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 049 002 015 | REPLACE HEUI INJECTOR | 000758 |
| 12/11/03 | 0885264 | 276633 | 11 | 002 010 014 | REPAIR MIRROR HEAD, RH | 000758 |
|  |  |  |  | 055 000 001 | REPAIR PLATFORM ASSEMBLY | 000758 |
| 12/11/03 | 0885307 | 276849 | 38 | 082 006 007 | REPLACE CRANKING SYSTEM | 000758 |
| 12/07/03 | 0883809 | 275585 | 11 | 013 010 196 | REPLACE SWITCH- STOP LAMP | 000758 |
|  |  |  |  | 023 002 001 | REPAIR CLUTCH | 000758 |
|  |  |  |  | 044 007 002 | REPLACE ACCEL. PEDAL AND LINK | 000758 |
| 12/02/03 | 0883004 | 275586 | 04 | 043 004 017 | REPAIR AIR INTAKE TO TURBOCH | 000758 |
|  |  |  |  | 054 001 013 | REPAIR WIRE ASSEMBLY - HORN (IN STEERING COLUMN | 000758 |
| 11/26/03 | 0882068 | 274614 | 11 | 044 002 001 | REPLACE FILTER ASSEMBLY, FUEL - PRIMARY | 000758 |
| 11/23/03 | 0881405 | 223455 | 11 | 041 001 016 | REPAIR HARNESS - THERMOSTATIC VACUUM SWITCH | 000758 |
| 11/12/03 | 0879031 | 273173 | 38 | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
| 11/12/03 | 0879184 | 273137 | 38 | 082 006 005 | REPLACE POWER PLANT | 000758 |
| 11/12/03 | 0877474 | 272096 | 38 | 082 006 002 | REPLACE COOLING SYSTEM | 000758 |
|  |  |  |  | 043 004 001 | REPLACE TURBOCHARGER, COMPRESS | 000758 |
|  |  |  |  | 044 001 016 | REPLACE GAGE ASSEMBLY - FUEL - TANK UNIT | 000758 |
| 11/05/03 | 0877659 | 272097 | 38 | 082 006 002 | REPLACE COOLING SYSTEM | 000758 |
|  |  |  |  | 082 006 004 | REPLACE FUEL SYSTEM | 000758 |
| 10/30/03 | 0876126 | 271603 | 04 | 041 001 005 | REPLACE AIR CLEANER FILTER EL | 000758 |
|  |  |  |  | 043 004 010 | REPAIR TURBOCHARGER IMPELLER | 000758 |
| 10/22/03 | 0871624 | 270824 | 38 | 002 000 000 | CAB & SHEET METAL | 000758 |
|  |  |  |  | 016 000 001 | REPLACE FRONT LEAF SPRING | 000758 |
|  |  |  |  | 041 000 000 | AIR INTAKE SYSTEM | 000758 |
|  |  |  |  | 042 000 000 | COOLING SYSTEM | 000758 |
|  |  |  |  | 045 009 001 | REPLACE PUMP ASSEMBLY - OIL | 000758 |
|  |  |  |  | 111 000 000 | INSPECT STATE INSPECTION | 000758 |
| 09/25/03 | 0865284 | 270824 | 38 | 001 001 048 | REPLACE A/C COMPRESSOR BELT | 000758 |
|  |  |  |  | 042 003 010 | REPLACE FAN BELT | 000758 |
|  |  |  |  | 045 000 000 | POWER PLANT | 000758 |
|  |  |  |  | 049 005 018 | REPLACE CAM POSITION SENSOR | 000758 |
| 09/12/03 | 0864876 | 270808 | 04 | 023 001 038 | REPLACE LEVER, CLUTCH RELEASE | 000758 |
|  |  |  |  | 043 003 017 | REPLACE FLEXIBLE EXHAUST PIPE | 000758 |
|  |  |  |  | 072 004 008 | REPLACE OPERATOR | 000758 |
| 09/11/03 | 0195720 | 000011 | 10 | 045 000 000 | INSPECT POWER PLANT | 000758 |
| 09/06/03 | 0863566 | 270354 | 11 | 023 002 001 | REPAIR CLUTCH | 000758 |

SH110R01                    R Y D E R   T R U C K   R E N T A L,   I N C.                    PAGE    0003
.... VEHICLE . 332065 ....              VEHICLE CONTROL CARD                         RUN DATE: 03/30/04

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 09/04/03 | 0862906 | 270122 | 11 | 072 004 003 | REPAIR REAR DOOR ROLLER | 000758 |
| 09/04/03 | 0863032 | 270122 | 38 | 017 003 001 | REPLACE 3RD AXLE RIGHT OUTER | 000758 |
|  |  |  |  | 017 003 002 | REPLACE 3RD AXLE RIGHT INNER | 000758 |
|  |  |  |  | 017 003 003 | REPLACE 3RD AXLE LEFT INNER T | 000758 |
|  |  |  |  | 017 003 004 | REPLACE 3RD AXLE LEFT OUTER T | 000758 |
| 09/03/03 | 0862738 | 270122 | 11 | 082 008 001 | REPLACE CONDENSER | 000758 |
| 08/25/03 | 0860596 | 268921 | 11 | 002 010 015 | REPLACE MIRROR HEAD, LH | 000758 |
|  |  |  |  | 023 002 001 | REPAIR CLUTCH | 000758 |
| 08/22/03 | 0860118 | 268811 | 04 | 013 011 002 | REPAIR WHEEL SPEED SENSOR | 000758 |
| 08/20/03 | 0859512 | 268504 | 04 | 034 003 009 | REPLACE SOCKET AND WIRE, PARK | 000758 |
|  |  |  |  | 072 004 003 | REPAIR REAR DOOR ROLLER | 000758 |
| 08/07/03 | 0856687 | 267379 | 11 | 031 001 024 | REPLACE GENERATOR &/ ALTERNAT | 000758 |
|  |  |  |  | 032 001 001 | REPLACE BATTERY | 000758 |
| 08/12/03 | 0857318 | 267379 | 38 | 053 000 000 | EXPENDABLE ITEMS | 000758 |
|  |  |  |  | 055 001 002 | REPLACE PLATFORM | 000758 |
| 08/12/03 | 0857602 | 267821 | 11 | 044 004 001 | REPAIR FUEL INJECTOR ASSEMBL | 000758 |
| 08/11/03 | 0857338 | 267712 | 11 | 023 002 001 | REPAIR CLUTCH | 000758 |
| 07/25/03 | 0853836 | 265506 | 38 | 055 001 002 | REPLACE PLATFORM | 000758 |
| 07/22/03 | 0191220 | 000011 | 10 | 055 000 000 | INSPECT CARGO & LIFT SYST | 000758 |
| 07/20/03 | 0854228 | 266478 | 11 | 055 001 002 | REPAIR PLATFORM | 000758 |
| 07/17/03 | 0852060 | 265506 | 11 | 054 001 001 | REPLACE HORN ASSEMBLY | 000758 |
| 07/14/03 | 0850964 | 205051 | 04 | 053 004 001 | REPLACE FIRE EXTINGUISHER | 000758 |
|  |  |  |  | 079 000 000 | SAFETY DEVICES | 000758 |
| 07/09/03 | 0850125 | 264791 | 11 | 001 001 027 | REPAIR TUBE - DISCHARGE CROSSOVER | 000758 |
|  |  |  |  | 045 002 001 | REPAIR CLYINDER BLOCK | 000758 |
|  |  |  |  | 121 000 000 | INSPECT ADD ENGINE OIL | 000758 |
| 07/04/03 | 0849204 | 264221 | 04 | 017 001 001 | REPLACE 1ST AXLE OR STEER RIG | 000758 |
|  |  |  |  | 017 001 002 | REPLACE 1ST AXLE OR STEER RIG | 000758 |
| 07/03/03 | 0848789 | 263590 | 38 | 003 000 000 | INSTRUM. & GAUGES | 000758 |
|  |  |  |  | 049 005 010 | REPLACE KNOCK SENSOR | 000758 |
| 06/28/03 | 0847947 | 263653 | 11 | 013 002 056 | REPLACE CLEVIS,CYLINDER ASSEMBLY OR CHAMBER | 000758 |
| 06/13/03 | 0843450 | 262473 | 08 | 023 002 001 | REPAIR CLUTCH | 000758 |

```
SH110R01                          R Y D E R   T R U C K   R E N T A L ,   I N C .                    PAGE     0004
***  VEHICLE  3332065  ***                       VEHICLE CONTROL CARD                           RUN DATE: 03/30/04

REPAIR ORDER  REPAIR ORDER  ODOMETER  REPAIR     TASK              DESCRIPTION                              LOCATION
    DATE         NUMBER                REASON
```

| Repair Order Date | Repair Order Number | Odometer | Repair Reason | Task | Description | Location |
|---|---|---|---|---|---|---|
| 03/07/03 | 0619792 | 251551 | 35 | 042 003 005 | REPLACE HUB - FAN DRIVEN PULLEY | 000758 |
|  |  |  |  | 143 000 000 | INSPECT WASH AND STEAM | 000758 |
|  |  |  |  | 055 010 008 | REPLACE VALVE,TILT CONTROL,HYDRAULIC LIFT SYSTEM | 000758 |
| 03/10/03 | 0821262 | 251358 | 38 | 045 011 001 | REPLACE FILTER ASSEMBLY - OIL | 000758 |
| 03/12/03 | 0820646 | 251046 | 08 | 112 000 000 | INSPECT FEDERAL INSPECTION | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 042 002 001 | REPAIR RADIATOR CORE & TANK | 000758 |
|  |  |  |  | 023 002 001 | REPAIR CLUTCH | 000758 |
|  |  |  |  | 013 010 003 | REPAIR AIR LINES (NON-METALL | 000758 |
| 03/17/03 | 0822940 | 252054 | 04 | 002 035 029 | REPLACE WINDSHIELD WIPER BLAD | 000758 |
| 04/02/03 | 0827475 | 255708 | 11 | 002 010 026 | REPAIR MIRROR-CONVEX | 000758 |
| 04/02/03 | 0827473 | 255708 | 11 | 017 002 001 | REPAIR 2ND AXLE RIGHT OUTER | 000758 |
|  |  |  |  | 831 000 000 | EXEMPT PARTS | 000758 |
|  |  |  |  | 072 004 003 | REPAIR REAR DOOR ROLLER | 000758 |
|  |  |  |  | 055 001 001 | REPAIR PLATFORM ASSEMBLY | 000758 |
|  |  |  |  | 032 001 001 | REPLACE BATTERY | 000758 |
|  |  |  |  | 023 002 026 | REPLACE CLUTCH PLATE BRAKE | 000758 |
| 04/04/03 | 0828100 | 255964 | 11 | 034 002 021 | REPAIR LAMP ASSEMBLY-LICENSE AND TAIL LIGHT | 000758 |
| 04/04/03 | 0827889 | 255856 | 04 | 034 001 037 | REPLACE RELAY - HEADLAMP | 000758 |
|  |  |  |  | 034 001 004 | REPLACE HEADLAMP - SEALED BEAM (DOUBLE FILAMENT) | 000758 |
| 04/21/03 | 0831988 | 257506 | 38 | 043 003 017 | REPLACE FLEXIBLE EXHAUST PIPE | 000758 |
| 05/01/03 | 0834814 | 258654 | 11 | 034 002 021 | REPAIR LAMP ASSEMBLY-LICENSE AND TAIL LIGHT | 000758 |
| 05/20/03 | 0838811 | 260525 | 11 | 034 003 016 | REPLACE TURN SIGNAL SWITCH | 000758 |
| 05/24/03 | 0490250 | 259618 | 11 | 002 009 002 | REPAIR BRACKET & SUPPORT - SUN VISOR | 000567 |
| 05/27/03 | 0840121 | 261097 | 11 | 002 018 000 | INSPECT CAB FRT DOOR MECH | 000758 |
| 05/29/03 | 0840854 | 261445 | 04 | 071 001 017 | REPAIR TREAD PLATE | 000758 |
| 05/30/03 | 0841132 | 261560 | 11 | 082 006 005 | REPAIR POWER PLANT | 000758 |
| 05/30/03 | 0841130 | 261560 | 11 | 002 035 029 | REPLACE WINDSHIELD WIPER BLAD | 000758 |
|  |  |  |  | 017 002 002 | REPLACE 2ND AXLE RIGHT INNER | 000758 |
|  |  |  |  | 017 002 001 | REPLACE 2ND AXLE RIGHT OUTER | 000758 |
| 06/03/03 | 0841898 | 261902 | 11 | 143 000 000 | INSPECT WASH AND STEAM | 000758 |
|  |  |  |  | 121 000 000 | INSPECT ADD ENGINE OIL | 000758 |
|  |  |  |  | 045 000 000 | POWER PLANT | 000758 |
|  |  |  |  | 013 009 002 | REPLACE COMPRESSOR OIL LINES | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |

```
SH110R01                                  R Y D E R   T R U C K   R E N T A L ,   I N C.                    PAGE    0005
*** VEHICLE ..., 332065 ***                        VEHICLE CONTROL CARD                                RUN DATE: 03/30/04
```

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 02/26/03 | 0818113 | 248450 | 11 | 016 005 005 | REPLACE STUD - MOUNTING, REAR SHOCK ABSORBER, LO | 000758 |
| 02/26/03 | 0818303 | 249636 | 11 | 013 010 005 | REPLACE BRACKETS - AIR TANK SUPPORT | 000758 |
| 02/20/03 | 0816608 | 248407 | 11 | 034 002 021 | REPAIR LAMP ASSEMBLY-LICENSE AND TAIL LIGHT | 000758 |
| 02/17/03 | 0815840 | 247874 | 33 | 013 010 002 | REPLACE FITTINGS - AIR LINE | 000758 |
| 02/06/03 | 0813380 | 246208 | 38 | 031 000 000 | CHARGING SYSTEM | 000758 |
|          |         |        |    | 082 006 006 | REPLACE CHARGING SYSTEM | 000758 |
| 02/03/03 | 0812227 | 244213 | 38 | 082 006 002 | REPLACE COOLING SYSTEM | 000758 |
| 01/31/03 | 0179270 | 000011 | 11 | 049 000 000 | REPLACE ELECTRONIC MGMT. | 000758 |
| 01/24/03 | 0810202 | 244132 | 11 | 034 002 021 | REPAIR LAMP ASSEMBLY-LICENSE AND TAIL LIGHT | 000758 |
| 01/22/03 | 0809194 | 243624 | 38 | 001 001 048 | REPLACE A/C COMPRESSOR BELT | 000758 |
|          |         |        |    | 044 000 000 | FUEL SYSTEM | 000758 |
|          |         |        |    | 045 000 000 | POWER PLANT | 000758 |
|          |         |        |    | 049 002 001 | REPLACE ELECTRONIC INJECTOR ASSEMBLY | 000758 |
|          |         |        |    | 049 003 004 | REPLACE VSS WIRE HARNESS | 000758 |
| 01/22/03 | 0809472 | 243738 | 38 | 055 007 010 | REPLACE SPRING, INNER MAST LATCH, LIFT TRUCK | 000758 |
| 01/15/03 | 0807532 | 242443 | 11 | 033 001 001 | REPAIR IGNITION SWITCH | 000758 |
| 01/13/03 | 0806842 | 242012 | 11 | 015 004 045 | REPAIR TIE ROD ASSEMBLY | 000758 |
| 01/08/03 | 0805648 | 241124 | 11 | 002 035 029 | REPLACE WINDSHIELD WIPER BLAD | 000758 |
|          |         |        |    | 013 010 005 | REPAIR BRACKETS - AIR TANK SUPPORT | 000758 |
| 12/31/02 | 0803787 | 240097 | 11 | 055 001 001 | REPAIR PLATFORM ASSEMBLY | 000758 |
|          |         |        |    | 082 008 007 | REPAIR SHAFT,FAN | 000758 |
| 12/20/02 | 0176430 | 000011 | 11 | 013 000 000 | REPLACE BRAKES | 000758 |
| 12/20/02 | 0801773 | 237715 | 11 | 072 004 008 | REPAIR OPERATOR | 000758 |
| 12/16/02 | 0800753 | 236951 | 11 | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
| 12/13/02 | 0800327 | 236786 | 38 | 082 007 003 | REPLACE V-BELT, COMPRESSOR TO PRIME MOVER | 000758 |
| 12/12/02 | 0799126 | 236698 | 38 | 016 003 001 | REPLACE FRONT SHOCK ABSORBER | 000758 |
|          |         |        |    | 016 008 002 | REPLACE BRACKET-AIR SPRING SUPPORT | 000758 |
|          |         |        |    | 022 003 058 | REPLACE NUT - DRIVE PINION FRONT BEARING | 000758 |
|          |         |        |    | 023 002 001 | REPAIR CLUTCH | 000758 |
|          |         |        |    | 024 000 000 | DRIVE SHAFT | 000758 |
|          |         |        |    | 034 001 019 | REPLACE MARKER LIGHTS/TRAILER | 000758 |
|          |         |        |    | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
|          |         |        |    | 044 002 005 | REPLACE CASE, FUEL FILTER - PRIMARY | 000758 |
|          |         |        |    | 055 010 002 | REPLACE RESERVOIR, HYDRAULIC LIFT SYSTEM, LIFT TRU | 000758 |
|          |         |        |    | 102 ... ... | INSPECT 'E' PM WITH OIL AND F... | 000758 |

SH110R01                                    R Y D E R   T R U C K   R E N T A L ,   I N C.                    PAGE    0006
                                                      VEHICLE CONTROL CARD                              RUN DATE: 03/30/04

VEHICLE    332065

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 12/12/02 | 0800009 | 236699 | 38 | 143 000 000 | INSPECT WASH AND STEAM | 000758 |
| 12/12/02 | 0797120 | 235316 | 38 | 003 000 000 | INSTRUM. & GAUGES | 000758 |
|  |  |  |  | 049 005 018 | REPLACE CAM POSITION SENSOR | 000758 |
|  |  |  |  | 055 010 016 | REPLACE SPRING,TORSION,LIFT/TILT CON.,HYDRA.L SY | 000758 |
|  |  |  |  | 072 004 008 | REPAIR OPERATOR | 000758 |
| 12/02/02 | 0797140 | 235468 | 11 | 002 010 026 | REPLACE MIRROR-CONVEX | 000758 |
|  |  |  |  | 034 004 020 | REPAIR DOME LIGHT | 000758 |
| 11/04/02 | 0790952 | 230529 | 38 | 043 003 017 | REPLACE FLEXIBLE EXHAUST PIPE | 000758 |
| 11/20/02 | 0794794 | 233613 | 11 | 034 003 018 | REPAIR TURN SIGNAL FLASHER | 000758 |
| 11/14/02 | 0793479 | 232681 | 11 | 002 010 026 | REPAIR MIRROR-CONVEX | 000758 |
| 11/12/02 | 0792749 | 231912 | 04 | 032 001 001 | REPAIR BATTERY | 000758 |
| 10/25/02 | 0788564 | 228790 | 04 | 032 001 001 | REPLACE BATTERY | 000758 |
|  |  |  |  | 072 004 003 | REPAIR REAR DOOR ROLLER | 000758 |
|  |  |  |  | 831 000 000 | EXEMPT PARTS | 000758 |
| 10/17/02 | 0786656 | 227339 | 04 | 002 027 010 | REPAIR FRAME - FRONT CUSHION (BUCKET) | 000758 |
|  |  |  |  | 034 003 005 | REPLACE SOCKET AND WIRE,TURN | 000758 |
| 10/15/02 | 0786144 | 226818 | 04 | 002 035 029 | REPLACE WINDSHIELD WIPER BLAD | 000758 |
| 10/12/02 | 0320097 | 226678 | 04 | 001 001 048 | REPLACE A/C COMPRESSOR BELT | 000444 |
| 10/02/02 | 0781946 | 224693 | 11 | 013 010 018 | REPLACE AIR GOVERNOR | 000758 |
| 10/02/02 | 0782954 | 224795 | 11 | 002 004 012 | REPAIR SPRING - HOOD HINGE | 000758 |
|  |  |  |  | 016 002 009 | REPAIR PIN FRONT SPRING - SHACKLE | 000758 |
|  |  |  |  | 018 001 004 | REPLACE FRONT WHEEL OIL SEAL | 000758 |
|  |  |  |  | 018 003 015 | REPAIR OUTER WHEEL NUTS | 000758 |
| 10/01/02 | 0782502 | 224795 | 08 | 034 003 001 | REPAIR TURN SIGNALS | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 045 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 102 107 000 |  | 000758 |
| 09/25/02 | 0781350 | 224327 | 11 | 043 003 017 | REPAIR FLEXIBLE EXHAUST PIPE | 000758 |
|  |  |  |  | 111 000 000 | INSPECT STATE INSPECTION | 000758 |
| 09/25/02 | 0781465 | 224328 | 11 | 013 010 052 | REPLACE AIR FILTER ASS'Y (W+/AUTO DRAIN & CHECK | 000758 |
| 09/24/02 | 0781107 | 224001 | 11 | 082 006 002 | REPAIR COOLING SYSTEM | 000758 |
| 09/19/02 | 0780016 | 223155 | 11 | 002 010 016 | REPLACE HEAD-MIRROR,RH,LIGHTED &HEATED | 000759 |
| 05/18/02 | 0779750 | 223155 | 11 | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
| 05/17/02 | 0775230 | 220661 | 04 | 017 000 000 | INSPECT TIRES | 000758 |

```
SH110R01                                    R Y D E R   T R U C K   R E N T A L,   I N C.                           PAGE     0007
*** VEHICLE . 332065 ***                           VEHICLE CONTROL CARD                                         RUN DATE: 03/30/04

REPAIR ORDER  REPAIR ORDER  ODOMETER  REPAIR  TASK         DESCRIPTION                                          LOCATION
DATE          NUMBER                  REASON
09/16/02      0779006        222623    04     002 010 006  REPAIR OUTSIDE REARVIEW MIRR                         000758
09/06/02      0777019        220950    11     001 001 001  REPAIR PLATFORM ASSEMBLY                             000758
09/04/02      0776307        220523    11     002 035 029  REPLACE WINDSHIELD WIPER BLAD                        000758
09/03/02      0776044        220436    11     049 001 002  REPAIR ELECTRONIC CONTROL MODULE (ECM)               000758
                                              121 000 000  INSPECT ADD ENGINE OIL                               000758
09/02/02      0775672        220039    11     034 003 018  REPLACE TURN SIGNAL FLASHER                          000758
                                              034 003 018  REPLACE TURN SIGNAL FLASHER                          000758
08/16/02      0771662        217159    11     001 001 002  REPLACE A/C COMPRESSOR ASSEMB                        000758
                                              002 004 004  REPLACE SPRING - HOOD JUMP-UP                        000758
                                              002 004 004  REPLACE SPRING - HOOD JUMP-UP                        000758
                                              034 002 021  REPLACE LAMP ASSEMBLY-LICENSE AND TAIL LIGHT         000758
                                              082 000 000  REFRIGERATIN MECH                                    000758
08/09/02      0769986        215922    11     034 002 021  REPAIR LAMP ASSEMBLY-LICENSE AND TAIL LIGHT          000758
07/30/02      0767555        214158    38     001 001 055  REPAIR TUBE - DRAIN                                  000758
                                              044 000 000  FUEL SYSTEM                                          000758
                                              049 005 008  REPLACE THROTTLE POSITION SENSOR                     000758
07/29/02      0767180        212400    11     071 003 028  REPAIR LOGISTIC TRACKS                               000758
07/29/02      0767277        213852    11     034 004 019  REPAIR BULBS (ALL LIGHTS EXC                         000758
07/22/02      0765640        212351    04     032 001 001  REPLACE BATTERY                                      000758
07/19/02      0765220        198337    38     013 010 025  REPLACE CHAMBER ASSEMBLY - AIR BRAKE SAFETY          000610
07/12/02      0763498        211067    11     034 001 019  REPLACE MARKER LIGHTS/TRAILER                        000758
07/08/02      0761961        210245    04     013 010 066  REPLACE AIR DRIER PURGE VALVE                        000758
07/05/02      0761631        209468    04     032 001 001  REPLACE BATTERY                                      000758
07/05/02      0761772        209900    11     002 010 009  REPLACE GLASS-MIRROR, OUTSIDE                        000758
06/28/02      0760243        208644    38     001 001 002  REPLACE A/C COMPRESSOR ASSEMB                        000758
                                              023 002 001  REPAIR CLUTCH                                        000758
                                              042 004 015  REPLACE LOWER RADIATOR HOSE                          000758
                                              045 000 000  POWER PLANT                                          000758
                                              082 000 000  REFRIGERATIN MECH                                    000758
06/26/02      0759610        208147    04     017 003 001  REPLACE 3RD AXLE RIGHT OUTER                         000758
                                              017 003 002  REPLACE 3RD AXLE RIGHT INNER                         000758
                                              017 003 003  REPLACE 3RD AXLE LEFT INNER T                        000758
                                              017 003 004  REPLACE 3RD AXLE LEFT OUTER T                        000758
06/26/02      0759611        208147    38     082 005 005  REPLACE POWER PLANT                                  000758
05/25/02      0759722        208147    11     082 005 002  REPLACE COOLING SYSTEM                               000758
```

SH110R01                                    R Y D E R   T R U C K   R E N T A L,   I N C.                    PAGE      0008
*** VEHICLE .  332065  ***                              VEHICLE CONTROL CARD                         RUN DATE: 03/30/04

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 06/24/02 | 0759188 | 208063 | 11 | 054 001 016 | REPLACE AIR HORN | 000758 |
|  |  |  |  | 055 001 006 | REPAIR RAMP - POWER TAIL GATE | 000758 |
| 06/19/02 | 0760065 | 207252 | 04 | 023 002 002 | REPLACE PLATE ASSEMBLY - CLUTCH DRIVEN DISC | 000758 |
|  |  |  |  | 043 000 000 | EXHAUST SYSTEM | 000758 |
|  |  |  |  | 045 000 000 | POWER PLANT | 000758 |
| 06/18/02 | 0757834 | 206447 | 11 | 082 006 002 | REPAIR COOLING SYSTEM | 000758 |
| 06/13/02 | 0756598 | 206448 | 38 | 082 006 005 | REPLACE POWER PLANT | 000758 |
| 06/13/02 | 0756600 | 206448 | 08 | 023 002 001 | REPAIR CLUTCH | 000758 |
|  |  |  |  | 032 001 001 | REPAIR BATTERY | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 06/11/02 | 0755956 | 206192 | 04 | 045 001 014 | REPAIR GASKET - IDLER GEAR SUPPORT | 000758 |
|  |  |  |  | 143 000 000 | INSPECT WASH AND STEAM | 000758 |
| 06/07/02 | 0755488 | 205744 | 38 | 043 003 017 | REPLACE FLEXIBLE EXHAUST PIPE | 000758 |
| 06/07/02 | 0755489 | 204744 | 11 | 017 000 000 | INSPECT TIRES | 000758 |
| 05/30/02 | 0753400 | 204121 | 11 | 013 010 042 | REPAIR CONTROLLER - ELECTRONIC | 000758 |
| 05/17/02 | 0750617 | 202404 | 11 | 034 003 018 | REPAIR TURN SIGNAL FLASHER | 000758 |
| 05/14/02 | 0749622 | 201918 | 11 | 034 003 027 | REPAIR BACK-UP LAMP | 000758 |
| 05/03/02 | 0746987 | 200025 | 11 | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
| 04/22/02 | 0743948 | 198061 | 11 | 034 003 027 | REPLACE BACK-UP LAMP | 000758 |
|  |  |  |  | 054 001 001 | REPLACE HORN ASSEMBLY | 000758 |
| 04/09/02 | 0740976 | 195764 | 04 | 032 001 001 | REPLACE BATTERY | 000758 |
|  |  |  |  | 831 000 000 | EXEMPT PARTS | 000758 |
| 04/02/02 | 0738870 | 194552 | 38 | 082 006 002 | REPLACE COOLING SYSTEM | 000758 |
| 04/02/02 | 0738871 | 194552 | 04 | 001 001 002 | REPAIR A/C COMPRESSOR ASSEMB | 000758 |
| 04/02/02 | 0738246 | 194648 | 08 | 101 000 000 | INSPECT 'A' PM DRY | 000758 |
| 03/28/02 | 0738114 | 194159 | 08 | 013 010 044 | REPLACE VALVE - PRESSURE PROTECTION | 000758 |
|  |  |  |  | 032 001 001 | REPLACE BATTERY | 000758 |
|  |  |  |  | 042 004 017 | REPAIR HOSES - WATER OUTLET SLEEVE | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 831 000 000 | EXEMPT PARTS | 000758 |
| 03/27/02 | 0737844 | 194159 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 03/22/02 | 0736707 | 193355 | 10 | 055 001 001 | REPLACE PLATFORM ASSEMBLY | 000758 |

SH110R01

RYDER TRUCK RENTAL, INC.
VEHICLE CONTROL CARD

PAGE 0005
RUN DATE: 03/30/04

*** VEHICLE - 332065 ***

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 03/19/02 | 0735662 | 192065 | 38 | 072 004 008 | REPLACE OPERATOR | 000758 |
| 03/18/02 | 0735118 | 192560 | 11 | 034 003 018 | REPLACE TURN SIGNAL FLASHER | 000758 |
| 03/13/02 | 0733957 | 191491 | 38 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 082 007 003 | REPLACE V-BELT, COMPRESSOR TO PRIME MOVER | 000758 |
|  |  |  |  | 082 008 007 | REPLACE SHAFT, FAN | 000758 |
|  |  |  |  | 136 107 000 | INSPECT REFRIG 'B' PM | 000758 |
| 02/13/02 | 0727052 | 186919 | 38 | 082 008 009 | REPLACE BELT, FAN | 000758 |
| 02/13/02 | 0727073 | 186919 | 04 | 055 002 001 | REPAIR VERTICAL SLIDES | 000758 |
| 02/12/02 | 0726557 | 186592 | 11 | 023 002 001 | REPAIR CLUTCH | 000758 |
|  |  |  |  | 032 001 001 | REPLACE BATTERY | 000758 |
| 02/06/02 | 0724993 | 185692 | 11 | 082 007 003 | REPAIR V-BELT, COMPRESSOR TO PRIME MOVER | 000758 |
| 02/02/02 | 0724102 | 184994 | 04 | 034 004 007 | REPAIR WIRING - FUSIBLE LINK | 000758 |
| 01/30/02 | 0723023 | 184516 | 11 | 101 001 000 | INSPECT 'A' PM DRY | 000758 |
| 01/24/02 | 0721546 | 183388 | 11 | 017 001 001 | REPLACE 1ST AXLE OR STEER RIG | 000758 |
| 01/23/02 | 0721217 | 183291 | 11 | 003 001 020 | REPAIR FUEL GAUGE | 000758 |
|  |  |  |  | 013 001 014 | REPAIR FRONT BRAKE SHOE | 000758 |
| 01/17/02 | 0717722 | 182116 | 38 | 042 002 001 | REPLACE RADIATOR CORE & TANK | 000758 |
|  |  |  |  | 044 003 020 | REPLACE INJECTION PUMP ASSY. | 000758 |
|  |  |  |  | 045 001 001 | REPLACE CYLINDER BLOCK END PL | 000758 |
| 12/27/01 | 0714531 | 181669 | 38 | 024 000 000 | DRIVE SHAFT | 000758 |
|  |  |  |  | 043 004 001 | REPLACE TURBOCHARGER COMPRESS | 000758 |
|  |  |  |  | 143 000 000 | INSPECT WASH AND STEAM | 000758 |
|  |  |  |  | 831 000 000 | EXEMPT PARTS | 000758 |
| 12/07/01 | 0150000 | 000011 | 11 | 045 000 000 | REPLACE POWER PLANT | 000758 |
| 12/05/01 | 0709843 | 179237 | 38 | 082 006 005 | REPLACE POWER PLANT | 000758 |
| 12/03/01 | 0700296 | 178938 | 38 | 041 000 000 | AIR INTAKE SYSTEM | 000758 |
|  |  |  |  | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 045 002 008 | REPLACE CRANKSHAFT MAIN BEARI | 000758 |
|  |  |  |  | 049 000 000 | ELECTRONIC MGMT. | 000758 |
| 11/29/01 | 0150010 | 000011 | 11 | 044 000 000 | REPLACE FUEL SYSTEM | 000758 |
| 11/27/01 | 0708034 | 178938 | 38 | 082 008 031 | REPLACE PULLEY, IDLER | 000758 |
| 11/06/01 | 0148170 | 000011 | 11 | *055 010 058 | REPLACE PUMP ASSEMBLY - HYDRAULIC, GEAR TYPE | 000758 |
| 11/05/01 | 0702535 | 178670 | 38 | *055 010 058 | REPLACE PUMP ASSEMBLY - HYDRAULIC, GEAR TYPE | 000758 |
| 10/23/01 | 0699359 | 078933 | 38 | 082 006 005 | REPLACE POWER PLANT | 000758 |

SH110R01                                      RYDER TRUCK RENTAL, INC.                                    PAGE      0010
*** VEHICLE  332065 ***                          VEHICLE CONTROL CARD                                   RUN DATE: 03/30/04

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 10/19/01 | 0698968 | 178543 | 38 | 042 003 013 | REPLACE THERMOSTATIC FAN CLUT | 000758 |
|          |         |        |    | 042 006 001 | REPLACE WATER OR AIR THERMOST | 000758 |
| 10/04/01 | 0694703 | 175881 | 04 | 055 001 002 | REPLACE PLATFORM | 000758 |
| 09/24/01 | 0692079 | 139649 | 38 | 045 009 018 | REPLACE VALVE OR BALL - OIL PRESSURE REGULATOR | 000758 |
|          |         |        |    | 049 000 000 | ELECTRONIC MGMT. | 000758 |
|          |         |        |    | 051 000 000 | GEN. ACCESSORIES | 000758 |
|          |         |        |    | 052 003 007 | REPLACE ANTENNA LEAD-IN WIRE | 000758 |
|          |         |        |    | 054 001 001 | REPLACE HORN ASSEMBLY | 000758 |
|          |         |        |    | 055 015 002 | REPLACE PUMP MOTOR - ELECTRIC, POWER TAIL GATE | 000758 |
| 09/18/01 | 0689748 | 173618 | 38 | 002 000 000 | CAB & SHEET METAL | 000758 |
|          |         |        |    | 023 002 001 | REPLACE CLUTCH | 000758 |
|          |         |        |    | 024 000 000 | DRIVE SHAFT | 000758 |
|          |         |        |    | 034 000 000 | LIGHTING SYSTEM | 000758 |
|          |         |        |    | 043 000 000 | EXHAUST SYSTEM | 000758 |
| 09/12/01 | 0689087 | 173616 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|          |         |        |    | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 09/05/01 | 0302413 | 172338 | 38 | 041 004 011 | REPLACE HOSE - OUTLET, INTERCOOLER | 000467 |
|          |         |        |    | 131 002 000 | INSPECT TRAVEL TIME TO/FROM VEH | 000467 |
| 08/14/01 | 0681887 | 135611 | 38 | 015 005 009 | REPLACE POWER STEERING OIL PU | 000758 |
| 08/12/01 | 0681393 | 168465 | 38 | 032 001 001 | REPLACE BATTERY | 000758 |
| 08/07/01 | 0679744 | 167598 | 38 | 082 006 004 | REPLACE FUEL SYSTEM | 000758 |
| 08/06/01 | 0679952 | 167685 | 38 | 002 011 004 | REPLACE SEAT BELT | 000758 |
| 07/27/01 | 0677605 | 166079 | 38 | 082 006 006 | REPLACE CHARGING SYSTEM | 000758 |
| 07/27/01 | 0677684 | 166157 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|          |         |        |    | 136 107 000 | INSPECT REFRIG 'B' PM | 000758 |
| 07/24/01 | 0137960 | 017876 | 11 | 082 000 000 | REPAIR REFRIGERATIN MECH | 000758 |
| 07/23/01 | 0676202 | 162500 | 38 | 082 006 004 | REPLACE FUEL SYSTEM | 000758 |
|          |         |        |    | 131 002 000 | INSPECT TRAVEL TIME TO/FROM VEH | 000758 |
| 07/05/01 | 0135790 | 000011 | 11 | 013 009 001 | REPLACE BRAKE AIR COMPRESSOR | 000758 |
| 07/04/01 | 0671823 | 162377 | 33 | 013 011 004 | REPLACE SENSOR CABLE | 000758 |
| 07/02/01 | 0670279 | 161322 | 38 | 013 005 001 | REPLACE BRAKE AIR COMPRESSOR | 000758 |
|          |         |        |    | 023 001 001 | REPAIR PEDAL - CLUTCH | 000758 |
|          |         |        |    | 034 001 010 | REPAIR INDICATOR LAMPS | 000758 |
|          |         |        |    | 041 001 005 | REPLACE AIR CLEANER FILTER EL | 000758 |
|          |         |        |    | 044 000 000 | FUEL SYSTEM | 000758 |
|          |         |        |    | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 06/19/01 | 0666320 | 160682 | 38 | 002 000 000 | CAB & SHEET METAL | 000758 |

```
SH110R01                           R Y D E R   T R U C K   R E N T A L ,   I N C.                    PAGE    0011
*** VEHICLE NO. 332065 ***                         VEHICLE CONTROL CARD                         RUN DATE: 03/30/04

REPAIR ORDER  REPAIR ORDER  ODOMETER  REPAIR           TASK         DESCRIPTION                              LOCATION
    DATE         NUMBER                REASON

06/13/01       0666357       159748      38       003  003  001    REPLACE METERS                             000758
05/17/01       0659859       155751      38       044  002  004    REPLACE FUEL - WATER SEPARATO              000758
                                                  001  001  122    REPLACE HARNESS - AIR CONDITIONING WIRING  000758
                                                  082  000  000    REFRIGERATIN MECH                          000758
04/05/01       0648932       150518      38       013  000  000    BRAKES                                     000758
                                                  044  000  000    FUEL SYSTEM                                000758
                                                  055  001  001    REPLACE PLATFORM ASSEMBLY                  000758
03/23/01       0646119       148922      38       045  009  018    REPLACE VALVE OR BALL - OIL PRESSURE REGULATOR  000758
03/06/01       0641474       000011      04       044  002  001    REPLACE FILTER ASSEMBLY, FUEL - PRIMARY    000758
                                                  131  002  000    INSPECT TRAVEL TIME TO/FROM VEH            000758
02/13/01       0635722       142575      38       001  000  000    A/C, HEAT & VENT                           000758
                                                  023  001  001    REPAIR PEDAL - CLUTCH                       000758
                                                  031  001  026    REPLACE BELT GENERATOR &/ ALTERNAT         000758
                                                  034  001  010    REPAIR INDICATOR LAMPS                     000758
                                                  042  004  018    REPLACE WATER PUMP BELT                    000758
                                                  042  005  001    REPAIR MANIFOLD - WATER                    000758
                                                  044  000  000    FUEL SYSTEM                                000758
                                                  045  107  000    
                                                  102  107  000    INSPECT 'B' PM WITH OIL AND F              000758
02/13/01                     142575      04       017  003  001    REPLACE 3RD AXLE RIGHT OUTER               000758
                                                  017  003  002    REPLACE 3RD AXLE RIGHT INNER               000758
                                                  017  003  003    REPLACE 3RD AXLE LEFT INNER T              000758
                                                  017  003  004    REPLACE 3RD AXLE LEFT OUTER T              000758
02/06/01       0279786       141956      04       032  001  001    REPAIR BATTERY                             000444
02/05/01       0121520       141725      11       002  000  000    REPAIR CAB & SHEET METAL                   000758
01/25/01       0631424       000011      38       082  007  003    REPLACE V-BELT,COMPRESSOR TO PRIME MOVER   000758
01/17/01       0629520       140072      38       034  003  016    REPLACE TURN SIGNAL SWITCH                 000758
01/15/01       0628643       000011      33       044  008  001    INSPECT ENG. SHUTDOWN SOLENOI              000758
01/12/01       0628359       140941      38       041  001  014    REPLACE SENSOR - TEMPERATURE CLIMATIC COMBUSTION  000758
                                                  049  000  000    ELECTRONIC MGMT.                           000758
01/11/01       0627695       140575      38       031  001  001    REPLACE GENERATOR ASSEMBLY AN              000758
                                                  032  000  000    CRANKING SYSTEM                            000758
01/04/01       0626169       139917      38       044  000  000    FUEL SYSTEM                                000758
                                                  045  009  018    REPLACE VALVE OR BALL - OIL PRESSURE REGULATOR  000758
11/09/00       0613596       130972      38       055  015  002    REPLACE PUMP MOTOR - ELECTRIC, POWER TAIL GATE  000758
11/05/00       0612430       130274      38       002  011  004    REPLACE SEAT BELT                          000758
                                                  002  035  029    REPLACE WINDSHIELD WIPER BLAD              000758
```

```
SH110R01                              R Y D E R   T R U C K   R E N T A L,   I N C.                    PAGE       0012
                                              VEHICLE CONTROL CARD                                RUN DATE: 03/30/04
     VEHICLE   332065 ***

REPAIR ORDER   REPAIR ORDER   ODOMETER   REPAIR    TASK         DESCRIPTION                                   LOCATION
    DATE         NUMBER                  REASON

 11/06/00       0612508       130188       08      045 009 026  REPAIR TUBE - OIL PUMP OUTLET                 000758
                                                   055 010 002  REPAIR RESERVOIR,HYDRAULIC LIFT SYSTEM,LIFT TRU 000758
 11/03/00       0611658       130188       33      013 011 002  INSPECT WHEEL SPEED SENSOR                    000758

 11/03/00       0612028       130188       08      013 010 002  REPLACE FITTINGS - AIR LINE                   000758
                                                   018 001 003  REPAIR HUB & CUP, FRONT WHEEL                 000758
                                                   023 001 001  REPAIR PEDAL - CLUTCH                         000758
                                                   032 001 001  REPLACE BATTERY                               000758
                                                   042 004 017  REPAIR HOSES - WATER OUTLET SLEEVE            000758
                                                   044 000 000  FUEL SYSTEM                                   000758
                                                   102 107 000  INSPECT 'B' PM WITH OIL AND F                 000758
                                                   200 000 000  INSPECT CHECK FOR CAMPAIGN                    000758
 11/03/00       0612097       130188       38      044 000 000  FUEL SYSTEM                                   000758
                                                   136 107 000  INSPECT REFRIG 'B' PM                         000758
 10/16/00       0111110       000011       11      042 000 000  REPLACE COOLING SYSTEM                        000758
 10/11/00       0606123       126604       38      041 004 001  REPLACE HOUSING, INTERCOOLER                  000758
                                                   042 000 000  COOLING SYSTEM                                000758
 09/15/00       0599525       123441       04      045 002 025  REPAIR OIL GALLEY FLANGE PLA                  000758
 09/02/00       0596318       000011       38      082 001 001  REPAIR EVAPORATOR FAN                         000758
 08/19/00       0593019       000011       38      082 007 003  REPLACE V-BELT,COMPRESSOR TO PRIME MOVER      000758
 08/15/00       0591839       000011       11      082 001 001  INSPECT REFRIGERATIN MECH                     000758
 07/31/00       0587521       115812       08      044 000 000  FUEL SYSTEM                                   000758
                                                   102 107 000  INSPECT 'B' PM WITH OIL AND F                 000758
                                                   112 000 000  INSPECT FEDERAL INSPECTION                    000758
 07/31/00       0587522       115812       08      044 000 000  FUEL SYSTEM                                   000758
                                                   136 107 000  INSPECT REFRIG 'B' PM                         000758
 07/12/00       0583035       112601       11      017 001 001  REPLACE 1ST AXLE OR STEER RIG                 000758
                                                   017 001 003  REPLACE 1ST AXLE OR STEER LEF                 000758
 06/28/00       0099720       000011       11      044 000 000  REPLACE FUEL SYSTEM                           000758
 06/27/00       0576308       108837       38      013 010 003  REPAIR AIR LINES (NON-METALL                  000758
                                                   045 000 000  POWER PLANT                                   000758
                                                   049 002 016  REPLACE HEUT OIL PUMP                         000758
                                                   049 005 004  REPLACE OIL PRESSURE SENSOR                   000758
 06/26/00       0099600       000011       11      045 009 001  REPLACE PUMP ASSEMBLY - OIL                   000758
 05/23/00       0095370       108837       11      045 009 001  REPLACE PUMP ASSEMBLY - OIL                   000758
 05/23/00       0072820       105702       38      282 004 001  REPAIR COMPRESSOR DRIVE                       000758
```

```
SH110R01                          R Y D E R   T R U C K   R E N T A L,   I N C.                    PAGE     0013
...  VEHICLE   332065  ...                       VEHICLE CONTROL CARD                              RUN DATE: 03/30/04
```

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 05/04/00 | 0565495 | 102069 | 38 | 082 004 001 | REPLACE COMPRESSOR DRIVE | 000758 |
| 05/02/00 | 0564717 | 100639 | 38 | 002 010 016 | REPLACE HEAD-MIRROR,RH,LIGHTED &HEATED | 000758 |
| 04/22/00 | 0255732 | 100155 | 04 | 044 004 001 | REPAIR FUEL INJECTOR ASSEMBL | 000181 |
| 04/04/00 | 0556936 | 095915 | 38 | 049 001 000 | INSPECT ELEC ENG CONTROL | 000758 |
|  |  |  |  | 049 001 001 | REPAIR ELECTRONIC ENGINE CONTROL ASSEMBLY | 000758 |
|  |  |  |  | 049 002 017 | REPLACE OIL PRESSURE CONTROL VALUE | 000758 |
| 03/30/00 | 0555932 | 096220 | 38 | 015 005 009 | REPLACE POWER STEERING OIL PU | 000758 |
|  |  |  |  | 045 000 000 | POWER PLANT | 000758 |
| 03/24/00 | 0554557 | 095658 | 11 | 017 000 000 | INSPECT TIRES | 000758 |
| 03/07/00 | 0549536 | 092908 | 38 | 055 015 002 | REPLACE PUMP MOTOR - ELECTRIC, POWER TAIL GATE | 000758 |
| 02/29/00 | 0547533 | 091712 | 04 | 034 001 004 | REPLACE HEADLAMP - SEALED BEAM (DOUBLE FILAMENT) | 000758 |
| 02/23/00 | 0545365 | 090978 | 38 | 024 000 000 | DRIVE SHAFT | 000758 |
|  |  |  |  | 042 003 011 | REPLACE COOLING FAN BEARING & | 000758 |
|  |  |  |  | 042 004 001 | REPLACE WATER PUMP ASSEMBLY | 000758 |
| 02/21/00 | 0248660 | 090938 | 10 | 042 004 001 | REPAIR WATER PUMP ASSEMBLY | 000467 |
|  |  |  |  | 131 002 000 | INSPECT TRAVEL TIME TO/FROM VEH | 000467 |
| 02/16/00 | 0543093 | 089951 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 02/16/00 | 0543851 | 089951 | 38 | 055 010 089 | REPLACE VALVE ASSEMBLY - FLOW CONTROL, HYDRAULIC | 000758 |
| 02/01/00 | 0345517 | 085107 | 38 | 002 000 000 | REPLACE OUTSIDE MIRROR HEATIN | 000758 |
|  |  |  |  | 042 003 010 | REPLACE FAN BELT | 000758 |
|  |  |  |  | 045 000 000 | POWER PLANT | 000758 |
| 01/03/00 | 0531137 | 081880 | 38 | 001 001 048 | REPLACE A/C COMPRESSOR BELT | 000758 |
|  |  |  |  | 002 027 021 | REPLACE SEAT-AIR CONTROL VALV | 000758 |
| 12/03/99 | 0523942 | 076203 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 12/03/99 | 0523961 | 076203 | 38 | 034 003 016 | REPLACE TURN SIGNAL SWITCH | 000758 |
| 11/22/99 | 0521542 | 000011 | 33 | 049 001 001 | INSPECT ELECTRONIC ENGINE CONTROL ASSEMBLY | 000758 |
| 10/14/99 | 0511116 | 065184 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 112 000 000 | INSPECT FEDERAL INSPECTION | 000758 |
| 10/14/99 | 0511117 | 065184 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 136 107 000 | INSPECT REFRIG 'B' PM | 000758 |
| 08/28/99 | 0496139 | 051616 | 11 | 044 020 000 | FUEL SYSTEM | 000758 |

SH110R01

R Y D E R   T R U C K   R E N T A L,   I N C.
VEHICLE CONTROL CARD

PAGE 0014
RUN DATE: 03/30/04

*** VEHICLE 332065 ***

| REPAIR ORDER DATE | REPAIR ORDER NUMBER | ODOMETER | REPAIR REASON | TASK | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| 08/09/99 | 0493548 | 049073 | 04 | 045 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
|  |  |  |  | 102 107 000 | CAB & SHEET METAL | 000758 |
|  |  |  |  | 002 000 000 | WHL,RIM,HUB,BEARG | 000758 |
|  |  |  |  | 018 000 000 | REPLACE | 000758 |
|  |  |  |  | 999 003 000 |  |  |
| 06/28/99 | 0066100 | 037628 | 04 | 002 000 000 | INSPECT CAB & SHEET METAL | 000758 |
| 06/28/99 | 0483321 | 040153 | 11 | 002 010 006 | REPLACE OUTSIDE REARVIEW MIRR | 000758 |
| 05/20/99 | 0473172 | 033809 | 08 | 014 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 05/20/99 | 0473173 | 033809 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 136 107 000 | INSPECT REFRIG 'B' PM | 000758 |
| 05/20/99 | 0473503 | 033809 | 04 | 000 000 000 | DEFAULT RDR ATA CODE | 000758 |
|  |  |  |  | 002 011 000 | INSTALL CAB ACCESSORIES | 000758 |
|  |  |  |  | 054 000 000 | HORN & MOUNTING | 000758 |
| 03/30/99 | 0459558 | 021047 | 21 | 000 000 000 | DEFAULT RDR ATA CODE | 000758 |
|  |  |  |  | 002 011 000 | INSTALL CAB ACCESSORIES | 000758 |
|  |  |  |  | 054 001 001 | INSTALL HORN ASSEMBLY | 000758 |
| 03/27/99 | 0459064 | 023565 | 04 | 999 003 000 | REPLACE | 000758 |
| 03/26/99 | 0456439 | 021095 | 08 | 044 000 000 | FUEL SYSTEM | 000758 |
|  |  |  |  | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 03/19/99 | 0456796 | 021954 | 38 | 002 035 029 | REPLACE WINDSHIELD WIPER BLAD | 000758 |
|  |  |  |  | 013 010 018 | ADJUST AIR GOVERNOR | 000758 |
|  |  |  |  | 013 001 028 | REPAIR BRACKET ASSEMBLY - SAFETY CHAMBER MOUNTI | 000758 |
|  |  |  |  | 023 001 001 | ADJUST PEDAL - CLUTCH | 000758 |
|  |  |  |  | 053 000 000 | EXPENDABLE ITEMS | 000758 |
| 01/08/99 | 0439304 | 012601 | 08 | 102 107 000 | INSPECT 'B' PM WITH OIL AND F | 000758 |
| 12/14/98 | 0434578 | 007208 | 38 | 045 002 001 | REPAIR CLYINDER BLOCK | 000758 |

*** END OF REPORT ***