UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER, and )
CYNTHIA MERCER )
 )
                Plaintiffs, )
 )  CIVIL ACTION NUMBER
v. )  1:03-CV-12282 MBB
 )
RYDER TRUCK RENTAL, INC., and )
WALTCO TRUCK EQUIPMENT COMPANY )
                Defendants. )

### ASSENTED TO MOTION TO CONTINUE THE FINAL STATUS CONFERENCE SCHEDULED FOR MARCH 20, 2006

Pursuant to Rule 40.3 of the Local Rules of the United States District Court for the District of Massachusetts now comes, Defendant, Waltco Truck Equipment Company's ("Waltco") motion to continue the final status conference scheduled for March 20, 2006 at 3:00 p.m. This motion for a continuance has been assented to by all parties.

In support of this request, Waltco states the following:

1. This is a products liability action in which the Plaintiff, Kenneth R. Mercer ("Mercer") alleges that Waltco manufactured a defective hydraulic lift gate which caused the Plaintiff to trip and fall and ultimately sustain injuries. Furthermore, Plaintiff alleges that the co-defendant Ryder Truck Rental, Inc. ("Ryder") was responsible for maintaining the lift gate.

2. The final status conference is currently scheduled on this matter for March 20, 2006 at 3:00 p.m.

3. As the result of numerous scheduling issues beyond the control of all parties, the deposition of Waltco has been continuously delayed and is now scheduled to take place on March 29, 2006.

4. The completion of the deposition of Waltco is necessary in order for the parties to comply with the final status conference requirements under Rule 116.5(c) of the Local Rules of the United States District Court for the District of Massachusetts, such as discussions of a possible resolution to this matter and a status update on whether or not additional discovery is required.

5. Therefore, pursuant to Local Rule 40.3, Waltco has shown good cause for seeking a continuance of the final status conference to a date after March 29, 2006.

6. This motion has been assented to by all parties.

WHEREFORE, Waltco respectfully requests the following:

1. That this Honorable Court grant Waltco's assented to motion to continue the final status conference currently scheduled for March 20, 2006 at 3:00 p.m. to a date of the Court's choosing after March 29, 2006.

Respectfully submitted,
Defendant, Waltco Trucking
Equipment Company,
By Its Attorney,

_____
Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

Assented to by,
Plaintiffs, Kenneth R. Mercer
Cynthia Mercer,
By their Attorney,

_____
Brian Dever, Esq.
B.B.O. No. 544203
Keches & Mallen
122 Dean Street
Taunton, MA 02780
(508) 822-2000

Assented to by,
Defendant, Ryder Truck Rental, Inc.
By Its Attorney,

_____
Peter Brown, Esq.
B.B.O No. 654805
Tentindo, Kendall, Canniff & Keefe
C-3 Shipway Place
Boston, MA 02129
(617) 242-9600

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the below named document was served upon the attorney of record for each party by mail on March 7, 2006.

**MOTION FOR LEAVE OF WALTCO TRUCK EQUIPMENT COMPANY TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES**

### LOCAL RULE 7.1 CERTIFICATE

Respectfully submitted,
Defendant, Waltco Trucking Equipment Company,
By Its Attorney,

_Paul E. Mitchell /cus_
Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300