UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
    Plaintiffs,

v.                                    C.A. NO. 1:03-CV-12282MBB

RYDER TRUCK RENTAL, INC.,
and WALTCO TRUCKING
EQUIPMENT COMPANY,
    Defendants.

## NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

    Tucker, Heifetz & Saltzman, LLP
    100 Franklin Street, Suite 801
    Boston, Massachusetts 02110
    Tel: (617) 557-9696
    Fax: (617) 227-9191

    The Defendant,
    Ryder Truck Rental, Inc.
    By its Attorneys,

    /s/ Scott J. Tucker
    Scott J. Tucker – BBO 503940
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA 02108
    (617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
4-25-06 /s/ SJT