UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER and )<br>CYNTHIA MERCER, )<br>)<br>PLAINTIFFS )<br>v. )<br>)<br>RYDER TRUCK RENTAL, INC., )<br>and WALTCO TRUCK )<br>EQUIPMENT COMPANY, )<br>)<br>DEFENDANTS. )<br>_____) | Civil Action No.: 03-CV-12282-MBB |

## RESPONSE OF RYDER TRUCK RENTAL, INC. TO WALTCO TRUCK EQUIPMENT COMPANY'S MOTION FOR SUMMARY JUDGMENT

Now comes Defendant, Ryder Truck Rental, Inc. ("Ryder") and hereby respectfully submits this response to WALTCO Truck Equipment Company's ("WALTCO") Motion for Summary Judgment. In its motion, WALTCO sought summary judgment against the Plaintiffs, Kenneth and Cynthia Mercer for all claims brought by the Plaintiffs against WALTCO. The motion was not directed at Ryder as there are no pending claims between Ryder and WALTCO.

Ryder has been informed by Plaintiffs' counsel that the claims brought by the Plaintiffs against Defendant WALTCO will be dismissed and thereby rendering moot WALTCO's Motion for Summary Judgment and the factual assertions and arguments contained therein. However, pursuant to Local Rule 56.1, Ryder hereby states its formal denial of all factual assertions made by WALTCO in its motion for summary judgment including its argument that Ryder committed or allowed for spoliation of evidence to occur in this case. In addition, Ryder is unable at this time to provide a formal response to WALTCO's Motion for Summary

pursuant to Local Rule 56.1 as WALTCO itself did not comply with the rule by failing to include a separate statement of material facts to which Ryder could either admit or deny.

                    Respectfully submitted,
                    Defendant,
                    Ryder Truck Rental,
                    By its Attorneys,

                    /s   Peter A. Brown
                    Gerry D'Ambrosio, Esq., BBO #564199
                    Peter A. Brown, Esq., BBO #654805
                    Tentindo, Kendall, Canniff & Keefe
                    C-3 Shipway Place
                    Boston, MA  02129
                    T. (617) 720-5657
                    F. (617) 723-4967

DATED: May 1, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have, this day forwarded a copy of the within document to all counsel of record, by mailing same this date, via first class mail, postage prepaid to: Brian Dever, Esq., Keches & Mallen, 122 Dean Street, Taunton, MA, Paul Mitchell, Mitchell & DeSimone, 99 Summer Street, Boston, MA.

                    /s Peter A. Brown
                    Peter A. Brown, B.B.O. #654805