# MITCHELL & DESIMONE
### Attorneys at Law
**99 SUMMER STREET**
**BOSTON, MASSACHUSETTS  02110**

JOHN C. DESIMONE
PAUL E. MITCHELL
JOHN B. DISCIULLO
DEANNA C. SALEMME
MIRIAM H. GORDON
JANINE H. MCNULTY
ERIC V. SKELLY

TELEPHONE (617) 737-8300
FACSIMILE (617) 737-8390
E-MAIL:PMITCHELL@MITCHELLDESIMONE.COM

**Writer's Direct Dial (617) 737-8391**

WORCESTER OFFICE
_____

255 PARK AVENUE
SUITE 1000
WORCESTER, MA  01609
TEL. (508) 756-8310

May 30, 2006

United States District Court
for the District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

> RE:   Kenneth R. Mercer & Cynthia Mercer v. WALTCO Truck Equipment, Co.
> Civil Action Number: 1:03-CV-12282 MBB

Dear Sir or Madam:

Enclosed for filing, please find the following documents concerning the above captioned matter:

1.   Motion of Waltco Truck Equipment Company to Withdraw its Motion for Summary Judgment and Request for 60 Day Settlement Order As to Waltco Truck Equipment Company Only.

Presently, there is a hearing scheduled for May 31, 2006 on Waltco Truck Equipment Company's motion for summary judgment  In light of the settlement, the hearing will not be necessary.

Thank you.

Very truly yours,

Paul E. Mitchell

PEM/kr
Enclosure

cc.   Brian C. Dever
Dennis L. Galvin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH R. MERCER, and<br>CYNTHIA MERCER | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NUMBER |
| | )  1:03-CV-12282 MBB |
| RYDER TRUCK RENTAL, INC., and | ) |
| WALTCO TRUCK EQUIPMENT COMPANY | ) |
| Defendants. | ) |

## MOTION OF WALTCO TRUCK EQUIPMENT COMPANY TO WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR 60 DAY SETTLEMENT ORDER AS TO WALTCO TRUCK EQUIPMENT COMPANY ONLY

NOW COMES the defendant, Waltco Truck Equipment Company ("Waltco"),

and respectfully requests that it be allowed to withdraw its motion for summary

judgment, which is currently scheduled for hearing on May 31, 2006. Waltco's request is

based upon the fact that Waltco has reached a settlement with the plaintiffs, and therefore

the hearing on the motion for summary judgment is no longer necessary. Waltco also

requests at this time a 60 Day Settlement Order.

Respectfully submitted,
Defendant, Waltco Trucking
Equipment Company,
By Its Attorney,

Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the below
named document was served upon the attorney of
record for each party by mail on May 30, 2006.

**MOTION OF WALTCO TRUCK EQUIPMENT COMPANY TO WITHDRAW
ITS MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR 60 DAY
SETTLEMENT ORDER AS TO WALTCO TRUCK EQUIPMENT COMPANY
ONLY**

**LOCAL RULE 7.1 CERTIFICATE**

Respectfully submitted,
Defendant, Waltco Trucking Equipment Company,
By Its Attorney,

Paul E. Mitchell, B.B.O. No. 550491
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300