**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **KENNETH R. MERCER and** | ) | |
| **CYNTHIA MERCER** | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NUMBER: 1:03-CV-12282 MBB** |
| | ) | |
| **RYDER TRUCK RENTAL, INC.** | ) | |
|     **Defendant** | ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Now come the parties to the above-entitled action and hereby move this Honorable Court to approve the Petition for the Approval of Settlement. As grounds for this Motion, the parties state as follows:

1.  Following a mediation on June 5, 2006, the parties agreed to settle the case. The terms and conditions of the settlement are referenced in the Settlement Agreement.

2.  The parties submitted a Petition for Approval of Settlement (document #35) via the court's electronic filing system on June 9, 2006.

WHEREFORE, for the reasons stated above, the parties request that this Honorable Court approve the Settlement Agreement previously submitted.

Brian C. Dever, Esq.-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
508-822-2000
Attorney for Plaintiffs

Peter Brown, Esq.
Tentindo, Kendall, Canniff & Keefe, LLP
C-3 Shipway Place
Boston, MA 02129
(617) 720-5657
Attorney for the Defendant