UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER, and )
CYNTHIA MERCER )
                      Plaintiffs, )
v. ) CIVIL ACTION NUMBER
   ) 1:03-CV-12282 MBB
RYDER TRUCK RENTAL, INC., and )
WALTCO TRUCK EQUIPMENT COMPANY )
                      Defendants. )

**STIPULATION OF DISMISSAL**

     Now come the parties pursuant to Massachusetts Rule of Civil Procedure 41(a)(i)(ii) and stipulate that the above action be dismissed with prejudice and without costs and each party waiving the rights to appeal.

| Defendants, Waltco Truck Equipment Company<br>By Its Attorney, | Plaintiff, Kenneth R. Mercer and Cynthia Mercer<br>By Their Attorney, |
|---|---|
| _/s/ Paul E. Mitchell_<br>Paul E. Mitchell, B.B.O. #550491<br>Mitchell & DeSimone<br>99 Summer Street<br>Boston, MA 02110<br>(617) 737-8300 | _/s/ Brian C. Dever_<br>Brian C. Dever<br>Keches & Mallen, P.C.<br>122 Dean Street<br>Taunton, MA 02780-8022<br>(508) 822-2000 |

CERTIFICATE OF SERVICE

     I hereby certify that on this day a true copy of the above document was served upon Paul E. Mitchell, Mitchell & DeSimone, 99 Summer Street, Boston, Massachusetts, 02110 by first class mail, postage prepaid this ____6____ Day of ____July____, 2006.

_/s/ Brian C. Dever_
Brian C. Dever