UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH R. MERCER and<br>CYNTHIA MERCER,<br><br>        PLAINTIFFS,<br>v.<br><br>RYDER TRUCK RENTAL, INC.,<br>and WALTCO TRUCK<br>EQUIPMENT COMPANY,<br><br>        DEFENDANTS. | Civil Action No.: 03-CV-12282-MBB |

### STIPULATION OF DIMISSAL

Now come the parties pursuant to Federal Rule of Civil Procedure 41(a)(i)(ii) and stipulate that the above action be dismissed with prejudice and without costs and each party waiving the rights to appeal.

| | |
|---|---|
| Defendant,<br>Ryder Truck Rental,<br>By Its Attorneys, | Plaintiff, Kenneth R. Mercer and Cynthia Mercer,<br>By Their Attorney |
| /s Peter A. Brown<br>Gerry D'Ambrosio, Esq., BBO #564199<br>Peter A. Brown, Esq., BBO #654805<br>Tentindo, Kendall, Canniff & Keefe<br>C-3 Shipway Place<br>Boston, MA  02129<br>T. (617) 720-5657<br>F. (617) 723-4967 | /s_Brian Dever<br>Brian C. Dever, Esq., BBO #544203<br>Keches & Mallen, P.C.<br>122 Dean Street<br>Taunton, MA  02780<br>(508) 822-2000<br>(508) 822-2002 |

Dated: July _11_, 2006

1

2

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I have, this day forwarded a copy of the within document to all counsel of record, by mailing same this date, via first class mail, postage prepaid to: Brian Dever, Esq., Keches & Mallen, 122 Dean Street, Taunton, MA.

                                                    /s Peter A. Brown
                                            Peter A. Brown, B.B.O. #654805