UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH R. MERCER and
CYNTHIA MERCER,
        Plaintiff,

v.                                            CIVIL ACTION
                                            NO. 03-12282-MBB

RYDER TRUCK RENTAL, INC., et al,
        Defendant.

## FINAL JUDGMENT

July 12, 2006

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                                            /s/ Marianne B. Bowler
                                                       **MARIANNE B. BOWLER**
                                                       United States Magistrate Judge